```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

ANTHONY M. LEO,
   Petitioner,

  v.                                     CIVIL ACTION NO.
                                              04-11006-JLT

COMMONWEALTH OF MASSACHUSETTS,
   Respondent.

## ORDER TO ANSWER

**June 15, 2004**

**BOWLER, Ch.U.S.M.J.**

    In accordance with the Rules Governing Section 2254 Cases in the United States District Courts, respondent Commonwealth of Massachusetts ("respondent") is hereby **ORDERED** to file an answer to the petition in the above-styled action within 20 days after receipt of this Order, exclusive of the day of receipt.

    Pursuant to Rule 4, a copy of the petition and the civil cover sheet shall be served on respondent and the Attorney General for the Commonwealth of Massachusetts by certified mail. Respondent is further ordered to brief the issue of the identity of the proper respondent under the circumstances wherein petitioner challenges the bail set by the state court.

    The deadline for filing a dispositive motion or memorandum in opposition to the petition is July 19, 2004. Respondent should file all necessary state court records.

                                       _____S/S_____
                                       **MARIANNE B. BOWLER**

                                        Chief United States Magistrate Judge