UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY LEO,<br><br>　　　　Petitioner,<br><br>v.<br><br>COMMONWEALTH OF<br>MASSACHUSETTS,<br><br>　　　　Respondent. | Civil Action No. 04-11006-JLT |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE RESPONSIVE PLEADINGS
## TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent hereby respectfully requests that this Court grant the Commonwealth an enlargement of time within which it must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of three (3) business days, up to and including July 20, 2004. In support of the motion, the respondent states that, pursuant to this Court's order of June 16, 2004, an answer or other responsive pleading is currently due to be filed by July 15, 2004. As grounds for this motion, the undersigned states that, as the undersigned is new to this office, review of the brief by the supervising attorney and subsequent editing took longer than anticipated and will require an additional three day(s) for preparation of the pleading. The respondent further states that granting the additional three (3) business days requested will not cause any prejudice to the petitioner nor will it cause any undue delay in these proceedings.

WHEREFORE, the respondent respectfully requests that this Court grant the Commonwealth until July 20, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

>Respectfully submitted,
>
>THOMAS F. REILLY
>ATTORNEY GENERAL
>
>*Maura D. McLaughlin*
>Maura D. McLaughlin
>Assistant Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, Massachusetts 02108
>(617) 727-2200 ext. 2857
>BBO No. 634923

Dated: July 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Anthony M. Leo, on July 14, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, as follows: Anthony M. Leo, Old Colony Correctional Center, One Administration Road, Bridgewater, Massachusetts, 02324.

>*Maura D. McLaughlin*
>Maura D. McLaughlin