United States District Court
District of Massachusetts

Anthony Leo
      Petitioner

v.

      Respondent
Comm of Massachusetts

Civil Action No. 04-11006 JLT

Dear Sir or Madam:

      The petitioner respectfully requests that this court, specifically Chief Magistrate Judge Marianne B. Bowler, please allow him to file a Traverse to respondents answers and a opposition to its Motion to Dismiss as well as transcripts of prior state court hearings that respondent did not file with its record of state court proceedings, before she makes any decisions on this matter.

      These papers will all be mailed on 8/4/04 by first class mail, copies of which will both be sent to this honorable court and Mavra McLaughlin, Assistant Attorney General (Mass) at 1 Ashburton

Place, Boston, MA. 02108 on same date.

These additional papers will make it easier for this court to reach its decisions on this petition for Writ of Habeas Corpus.

Respectfully Submitted,

Dated 8/2/04

Anthony Leo A83901
*Anthony Leo*, Pro Se
1 Administration RD.
Bridgewater, MA. 02324