8-26-04

Re: Anthony Leo v. Comm of Massachusetts
Civil Action No. 04-11006-JLT

Dear Judge Bowler,

I am writing this letter to inquire as to the status of the above mentioned case.

On 8-10-04 I recieved a Notice of electronic filing granting [15] Motion for leave to file. Since then I have heard nothing about my case.

When will your decision for Judge Tauro be finished? Have any of my motions been ruled upon?

Please let me know the current status of this case. Its progress seems to have stalled in the past 2 months.

Very Truly Yours,

Anthony Leo

Anthony Leo A83901
Old Colony Corr. Center
1 Administration Rd.
Bridgewater, MA. 02324