R.A.1

COMMONWEALTH OF MASSACHUSETTS

WORCESTER,ss

WORCESTER SUPERIOR COURT
DOCKET NO.: 2002-00830

COMMONWEALTH OF MASSACHUSETTS,    )
    Plaintiff    )
        )
vs.    )
        )
        )
ANTHONY LEO,    )
    Defendant    )
        )

## MOTION TO WITHDRAW

Counsel hereby requests that this Honorable Court allow counsel to withdraw from representation of defendant in the above-captioned matter and as reasons states the following:

1. Counsel believes that the attorney/client relationship is irretrievably broken with no chance of repair.

2. Defendant has been extraordinarily critical of counsel's efforts and advice and representation of defendant to the point of being abusive. Defendant has made non-specific threat against counsel.

3. Counsel has sought over the course of the representation to remedy these issues on numerous occasions and no longer feels that he can do that.

4. Defendant refuses to follow counsel's advice on numerous issues to the point where it has and will continue to effect counsel's defense of defendant and his representation. Defendant is dissatisfied with counsel's representation.

5. Counsel firmly believes that based on the environment with defendant that counsel cannot effectively represent the defendant.

6. Counsel believes that if another attorney is involved and can start a fresh with defendant that these issues may be resolved.

Respectfully submitted

John M. Goggins
FISHER, STEMPLER, FISHER & GOGGINS
47 Harvard Street
Worcester, MA 01609
Telephone: (508) 791-3466
BBO # 631254

DATED: 3/24/04

R.A.2

# FISHER, STEMPLER, FISHER & GOGGINS

### Counselors at Law

### 47 Harvard Street

### Worcester, Massachusetts 01609-2876

Conrad W. Fisher
Howard E. Stempler
Elizabeth A. Fisher
John M. Goggins

Telephone: (508) 791-3466
(508) 754-6464
Facsimile: (508) 797-9327

March 26, 2003

Anthony Leo-A83901
MCI Concord
P.O. Box 9106
Concord, MA 01742

Dear Anthony:

Enclosed please find two copies of the letters I have sent concerning Dr. Starasburger advising him of your status as well as a letter to MCI Concord Officials requesting that he be allowed to visit you.

I would like to take this opportunity to address the March 19, 2003 letter that you handed to me. I trust that since we spoke on March 19, 2003 that all the issues that you raised in this letter have been resolved. However let me recap some of them.

You and I jointly agreed that on March 19, 2003 that we would not do a further bail hearing in front of Judge McCann in Worcester Superior Court for a variety of reasons. Also you and I agreed that I would request a Motion for Funds to get the transcripts for you July 18, 2002 bail hearing before Judge Kern and as soon as the transcripts are available I will file an appeal on your bail status to the Single Justice of the Supreme Judicial Court.

I will reiterate to you that I am doing my best for you and my job among other things is to provide the best possible defense I can for you and I believe that I am pursuing that with all of my abilities to do so. As far as communication, which is referenced in your letter. If my memory serves correctly you have called many times collect and I have always accepted the calls and have had many discussions over the telephone and I asked that you continue to call me collect anytime you have any concerns or questions that you feel should be addressed. The only times that my secretaries do not accept your call is if I am not in the office, although I believe even then they accept the phone call and inform you that I am not in the office.

"Each Attorney in this office is an independent practitioner who is not responsible for the practice or the liability of any other attorney in the office."

Strasburger will see you within 4 weeks and have an evaluation complete within 8 weeks. Additionally within a week or so I should have the transcripts from your bail hearing and then I will file an appeal up in the Supreme Judicial Court within the next 2 weeks after.

Also, pursuant to out conversation, you have authorized me to have communications with your mother concerning this case and indeed should you have any difficulties contacting me to address any of your concerns or issues call your mother and please have her give me a call and I can call her back at night.

I believe these address all of the concerns in your letter concerning my representation of you and if you have any other questions please do not hesitate to contact me.

Sincerely,

John M. Goggins

JMG/jmw
Enclosures

Anthony Leo
O.C.C.C.     A- 83901
One Administration Road
Bridgewater, Massachusetts 02324

March 12,2004

Susan Mellen
Clerk of the Court
Supreme Judicial Court
One Beacon Street, 3rd. Floor
Boston, Massachusetts 02108-3106

RE:   Commonwealth v. Anthony Leo, No:#SJ-2003-0258, and
      Anthony Leo V. Commonwealth, No:#SJC-09074

Dear Ms. Mellen:

      Please send me the following for:

      SJ-2003-0258

      1.   PAPER #2 (with attachments)

      2.   PAPER #4 (with attachments)

      3.   PAPER #5 (with attachments)

      and for:

      SJC-09074

      4.   PAPER #4 (WITH ATTACHMENTS)

[1]

R.A. 3

The reason for this request is that recently I have learned that counsel of record Attorney John M. Goggins, has file with this Court his formal Notice of Withdrawal from representation in SJC-09074.  This Court has provisionally granted this motion on the condition that new counsel files a formal appearance with this Court on my behalf.

Attorney, John M. Goggins, has also withdrawn from my criminal case in the Worcester Superior Court No:#WOCR2002-0830 (1-8).  There has been new counsel appointed to represent me in this case, a Attorney Daniel W. Cronin, however, Attorney Cronin has informed me that he is not authorized to represent me in this Court No:SJC-09074, and will not be representing me in this appeal.

I am now for all intensive purposed forced to appear pro se because of Attorney, John M. Goggins', abandonment of me in this case.

As such I respectfully request that this Honorable Court send me the document requested in this letter.  Because even after several written and oral requests to Attorney John M. Goggins to send me all the Motions, Brief, and supporting documents he has failed to do so.

I anticipate that I will be filing a Motion to Stay, these proceedings, and a Motion to  Amend Brief in SJC-09074 within the next week following this letter.

[2]

R.A.3

Thank you for your attention to this matter.

Sincerely,

Anthony Leo

AL/afc
 c.c.: John M. Goggins, Esq.
   Daniel W. Cronin, Esq.
   File

Anthony Leo
O.C.C.C.  A-83901
One Administration Road
Bridgewater, Massachusetts 02324

April 6, 2004

Susan Mellen
Clerk of the Court
Supreme Judicial Court
One Beacon Street, 3rd, Floor
Boston, Massachusetts 02108-3106

RE:  Commonwealth v. Anthony Leo, No:#SJ-2003-0258

Dear Ms. Mellen:

Please send me the following:

1.   PAPER #2 [with attachments]

2.   PAPER #4 [with attachments]

3.   PAPER #5 [with attachments]

This is my second request for these documents the first
being made on March 12,2004.  If there is a reason unknown to
me why this Court cannot send me these requested documents as
proof of official record please notify me in writing.  My
now withdrawn counsel John M. Goggins, Esq., has not and will
not provide me the defendant with copies as I have requested
them several times from him.

Thank you for your attention to this matter.

Sincerely,

Anthony Leo, Pro Se

AL/afc
  c.c.: File

R.A. 4

Anthony Leo (A-83901)
Old Colony Correctional Center
One Administration Road
Bridgewater, Massachusetts 02324

March 22 ,2004

Susan Mellen
Clerk of the Court
Supreme Judicial Court
One Beacon Street, 3rd. Floor
Boston, Massachusetts 02108-3106

RE:  Anthony Leo  v.  Commonwealth, No:#SJC-09074

Dear Ms. Mellen:

     Enclosed please find for immediate filing the following:

1.   NOTICE OF APPEARANCE

2.   MOTION FOR STAY OF APPEAL

3.   MOTION TO AMEND BRIEF AND APPENDIX

4.   MOTION FOR ORDER DIRECTING FORMER COUNSEL
     JOHN M. GOGGINS TO SUPPLY APPELLANT, ANTHONY LEO,
     WITH COPY'S OF MOTION TO SINGLE JUSTICE AND BRIEF
     AND APPENDIX AND TRANSCRIPT.

5.   CERTIFICATE OF SERVICE

     Thank you for your attention to this matter.

                    Sincerely, Anthony Leo
                    Anthony Leo, pro se, pro tempore

AL/afc
Enclosure:
     c.c.:  John M. Goggins, Esq.
            Daniel W. Cronin, Esq.
            File

R.A. 4

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                          SUPREME JUDICIAL COURT
                                        SJC-09074

                                )
                                )
                                )
ANTHONY LEO,                    )
            Appellant,          )
v.                              )        NOTICE OF APPEARANCE
                                )
COMMONWEALTH,                   )
            Appellee.           )
                                )

    Now comes the Appellant, Anthony Leo, in the above

appeal and hereby gives notice pursuant to Rule 2:03 of the

Supreme Judicial Court of his appearance "Pro Se" pro tempore,

as follows:

            Anthony Leo (A-83901)
            Old Colony Correctional Center
            One Administration Road
            Bridgewater, Massachusetts 02324

            (No Telephone Available)

                        Respectfully Submitted
                        by the Appellant, *Anthony Leo* 3/33/04
                        Anthony Leo (A-83901)
                        Old Colony Correctional Center
                        One Administration Road
                        Bridgewater, Massachusetts 02324

R.A.4

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                          SUPREME JUDICIAL COURT
                                        SJC-09074


                                    )
                                    )
ANTHONY LEO,                        )
            Appellant,              )
v.                                  )       MOTION FOR STAY OF APPEAL
                                    )
COMMONWEALTH,                       )
            Appellee.               )
                                    )


        Now comes the Appellant, Anthony Leo, in the above appeal

and moves this Honorable Court to stay this appeal until such

time as the Appellant, Anthony Leo, is able to seek replacement

counsel to replace former counsel John M. Goggins, Esq., and

is allowed and opportunity to obtain a copy of the brief,

appendix, transcripts, and a opportunity to review said brief

and record on appeal and afforded an opportunity to amend the

brief and appendix in this appeal.


                            Respectfully Submitted
                            by the Appellant, Anthony Leo

                            Anthony Leo, pro se, pro tempore
March 22, 2004              Old Colony Correctional Center
                            One Administration Road
                            Bridgewater, Massachusetts 02324

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                          SUPREME JUDICIAL COURT
                                        SJC-09074


                                    )
                                    )
ANTHONY LEO,                        )
              Appellant,            )
v.                                  )     MOTION FOR LEAVE TO AMEND
                                    )        BRIEF AND APPENDIX
COMMONWEALTH,                       )
              Appellee.             )
                                    )


     Now comes the Appellant, Anthony Leo, in the above appeal
and moves this Honorable Court for leave to amend the brief
and appendix in this appeal filed by former counsel, John M.
Goggins, Esq.

     As grounds for this motion, the Appellant, Anthony Leo,
states that former counsel, John M. Goggins, on March 5, 2004,
filed his formal notice to withdraw with this Court.  That
former counsel John M. Goggins, did not discuss the issues
raised in this appeal prior to filing said brief and appendix
with this Court.  As such the Appellant, Anthony Leo, does not
know just what issues were raised in this appeal.

R.A. 4

Further, since former counsel John M. Goggins, formal abandonment of the Appellant, Anthony Leo, in this appeal it is in the interest of justice to grant this motion.

**Wherefore,** the Appellant, Anthony Leo, respectfully requests that this Honorable Court <u>GRANT</u> the relief sought in the body of this motion.

March 22 ,2004

Respectfully Submitted
by the Appellant,

Anthony Leo, pro se, pro tempore
Old Colony Correctional Center
One Administration Road
Bridgewater, Massachusetts 02324

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                    SUPREME JUDICIAL COURT
                                 SJC-09074

```
                            )
                            )
ANTHONY LEO,                )
            Appellant,      )
v.                          )     MOTION FOR ORDER DIRECTING
                            )     FORMER COUNSEL, JOHN M. GOGGINS
COMMONWEALTH,               )     TO SUPPLY APPELLANT, ANTHONY
            Appellee.       )     LEO, WITH COPY'S TO MOTION TO
                            )     SINGLE JUSTICE AND BRIEF AND
                                  APPENDIX AND TRANSCRIPTS
```

        Now comes the Appellant, Anthony Leo, in the above appeal
and moves this Honorable Court to issue order directing former
counsel, John M. Goggins, to supply him with copies of the
motion to single justice and supporting documents, and to supply
him with a copy of the brief, appendix, transcripts in this
appeal in order that the Appellant, Anthony Leo, may review
record in this appeal and amend the brief.

        As grounds for this motion, the Appellant, Anthony Leo,
states that former counsel, John M. Goggins, filed his notice
of withdrawal with this Court on March 5, 2004, subsequently
the Appellant, Anthony Leo, must proceed pro se, pro tempore

until replacement counsel can be sought and files a formal notice of appearance, and or that the Appellant, Anthony Leo, will have to prosecute this appeal pro se. Further, that former counsel, John M. Goggins, has not previously supplied the Appellant, Anthony Leo, with any documents related to this appeal.

**Wherefore,** the Appellant, Anthony Leo, respectfully requests that this Honorable Court <u>GRANT</u> the relief sought in the body of this motion.

Respectfully Submitted
by the Appellant,

March 22,2004

Anthony Leo, pro se, pro tempore
Old Colony Correctional Center
One Administration Road
Bridgewater, Massachusetts 02324

R.A. 4

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

SUPREME JUDICIAL COURT
SJC-09074

```
                                    )
                                    )
ANTHONY LEO,                        )
              Appellant,            )
v.                                  )        CERTIFICATE OF SERVICE
                                    )
COMMONWEALTH,                       )
              Appellee.             )
                                    )
```

I, Anthony Leo, hereby certify that I have served a true copy of the foregoing motions upon:

John M. Goggins, Esq.          Daniel W. Cronin, Esq.
Attorney at Law                Attorney at Law
57 Harvard Street              P.O. Box 676
Worcester, Massachusetts       Lunenburg, Massachusetts
                01609                          01462

by first class mail postage prepaid on this 2d of March, 2004.

Anthony Leo, pro se, pro tempore
Old Colony Correctional Center
One Administration Road
Bridgewater, Massachusetts
                02324

R.A. 5

Anthony Leo
O.C.C.C.
One Administration Road
Bridgewater, Massachusetts 02324


Daniel W. Cronin                              April 5, 2004
Attorney at Law
P.O. Box 676
Lunenburg, Massachusetts 01462


RE:   MY WORCESTER CASE

Dear Mr. Cronin:

        I am writing in response to my last telephone conversation
with you, which you informed me that my case is too difficult
for you to represent me and will not be able to continue as
counsel in my case.


        Further, you informed me that on the next scheduled
Court date on April 12, 2004 you will be filing a Motion to
Withdraw from my case.


        Please send me a copy of this Motion to Withdraw and
accompanying Affidavit in Support thereof, prior to the
April 12, 2004 date.


        Also, please return to me everything that I have sent
to you which includes cite law cases, summary's, reports,
etc., along with the Motion to Dismiss, for my files.


        Thank you for your attention to this matter.

                          Sincerely,

                          Anthony Leo

AL/afc
   c.c.: File

SUPERIOR COURT DEPARTMENT
CRIM. NO. 02-0830

COMMONWEALTH OF
MASSACHUSETTS
vs.                                    MOTION TO WITHDRAW
ANTHONY LEO,
        Defendant

Now Comes undersigned Counsel, who
requests leave to withdraw as counsel for
the following reasons:

1. Defendant is in custody in
Bridgewater, MA and has had at least
three (3) attorneys previously appointed.

2. I am a solo practitioner admitted
since 1986, with an emphasis as a
trial lawyer in civil and criminal
cases.

3. I accepted the appointment in
this case on or about February 26,
2004 and began my investigation in
early March, 2004.

4. The defendant writes my office
at least 3 times per week and
telephones about 2 times per week.
A component of this case is pending
at the SJC and this is my first
pre-trial appearance in this action.

5. My busy trial schedule does not
permit me time to properly devote
attention to this action, and I request
leave to withdraw.

Respectfully,

Daniel W. Cronin
BBO #548200

April 12, 2004