Dec. 2, 2004

Anthony Lee #3682
5 Paul X. Tivnan Dr.
W. Boylston Ma   01583

Clerk of Courts
U.S. Dist. Court of Mass
1 Courthouse Way
Boston Ma   02210

RE: Anthony Lee v. Com. of Massachusetts
No # C.A. 2004-cv-11006 JLT

Dear Sir or Madam,

Please note for the record that my address has
changed. I am no longer being detained at Bridgewater
water, Ma. 02324. My new address is the Worcester County, House
of Correction, 5 Paul X. Tivnan Dr., W. Boylston Ma. 01583.

I was transferred on Dec. 2nd 2004. As of this
date I have not received any correspondence concerning my pending
legal matters. Please send any future mail to my new address.

I am also sending a copy of this letter to
Maura McLaughlin, Office of the Attorney General (criminal), 1 Ashburton Pl,
Boston Ma. 02108.

Respectfully Yours,
Anthony M. Lee

PS. Please note that this county jail has no law library
resources, law facilities of any kind. This will effect my Pro-se status