

# EXHIBIT A

# Commonwealth of Massachusetts
# WORCESTER SUPERIOR COURT
# Case Summary
# Criminal Docket

## Commonwealth v Leo, Anthony M

Details for Docket: WOCR2002-00830

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCR2002-00830 | **Caption:** | Commonwealth v Leo, Anthony M |
| **Entry Date:** | 06/13/2002 | **Case Status:** | Crim 1 (204 Worcester) |
| **Status Date:** | 06/26/2003 | **Session:** | Active |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 06/17/2002 | **Jury Trial:** | NO |

## Parties Involved

3 Parties Involved in Docket: WOCR2002-00830

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Leo | **First Name:** | Anthony M |
| **Address:** | 5 Paul Tivnan Road | **Address:** | |
| **City:** | West Boylston | **State:** | MA |
| **Zip Code:** | 01583 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Police agency |
| **Last Name:** | Worcester Police Department | **First Name:** | |
| **Address:** | | **Address:** | |

| City: | | State: | |
|---|---|---|---|
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

## Attorneys Involved

6 Attorneys Involved for Docket: WOCR2002-00830

| **Attorney Involved:** | | **Firm Name:** | |
|---|---|---|---|
| Last Name: | Cronin | First Name: | Daniel W |
| Address: | PO Box 676 | Address: | 31 Turkey Hill Road |
| City: | Lunenburg | State: | MA |
| Zip Code: | 01462 | Zip Ext: | |
| Telephone: | 978-582-0700 | Tel Ext: | |
| Fascimile: | 978-582-9997 | Representing: | Leo, Anthony M (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | WORC02 |
|---|---|---|---|
| Last Name: | Reilly III | First Name: | Joseph J |
| Address: | 2 Main Street | Address: | Courthouse Room 220 |
| City: | Worcester | State: | MA |
| Zip Code: | 01608 | Zip Ext: | 1176 |
| Telephone: | 508-755-8601 | Tel Ext: | |
| Fascimile: | 508-831-9899 | Representing: | Commonwealth, (Plaintiff) |

| **Attorney Involved:** | | **Firm Name:** | MA154 |
|---|---|---|---|
| Last Name: | Roemer | First Name: | John |
| Address: | 340 Main Street | Address: | Room 724 |
| City: | Worcester | State: | MA |
| Zip Code: | 01608 | Zip Ext: | 1601 |
| Telephone: | 508-791-9288 | Tel Ext: | |
| Fascimile: | 508-753-7662 | Representing: | Leo, Anthony M (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | FISH03 |
|---|---|---|---|
| Last Name: | Goggins | First Name: | John M |
| Address: | 47 Harvard Street | Address: | |

| | | | |
|---|---|---|---|
| **City:** | Worcester | **State:** | MA |
| **Zip Code:** | 01609 | **Zip Ext:** | 2876 |
| **Telephone:** | 508-791-3466 | **Tel Ext:** | 5088 |
| **Fascimile:** | | **Representing:** | Leo, Anthony M (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | GLIC01 |
| **Last Name:** | Gribouski | **First Name:** | James J |
| **Address:** | 11 Harvard Street | **Address:** | PO Box 2917 |
| **City:** | Worcester | **State:** | MA |
| **Zip Code:** | 01613 | **Zip Ext:** | 2917 |
| **Telephone:** | 508-756-6206 | **Tel Ext:** | |
| **Fascimile:** | 508-831-0443 | **Representing:** | Leo, Anthony M (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | LoConto | **First Name:** | Christopher P |
| **Address:** | 120 Main Street | **Address:** | |
| **City:** | Worcester | **State:** | MA |
| **Zip Code:** | 01608 | **Zip Ext:** | 1170 |
| **Telephone:** | 508-795-1300 | **Tel Ext:** | |
| **Fascimile:** | 508-791-7300 | **Representing:** | Leo, Anthony M (Defendant) |

## Calendar Events

43 Calendar Events for Docket: WOCR2002-00830

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 06/17/2002 | 09:00 | Arraignment | 1 | Event held as scheduled |
| 2 | 07/16/2002 | 09:00 | Conference: Pre-Trial | 1 | Event not held--joint request |
| 3 | 07/18/2002 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 4 | 10/21/2002 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 5 | 11/14/2002 | 09:00 | Hearing: Non-evidentiary-Counsel | 1 | Event held as scheduled |
| 6 | 11/22/2002 | 09:00 | Conference: Status Review | 1 | Event rescheduled by court prior date |
| 7 | 12/09/2002 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 8 | 12/19/2002 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 9 | 01/10/2003 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |

| 10 | 02/10/2003 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |
| 11 | 02/19/2003 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |
| 12 | 03/20/2003 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |
| 13 | 05/22/2003 | 09:00 | Bail: Review | 1 | Event held as scheduled |
| 14 | 06/04/2003 | 09:00 | Conference: Pre-Trial | 1 | Event rescheduled by court prior date |
| 15 | 06/23/2003 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 16 | 07/17/2003 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 17 | 08/28/2003 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 18 | 09/12/2003 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 19 | 10/30/2003 | 09:00 | Hearing: Non-evidentiary-Counsel | 2 | Event held as scheduled |
| 20 | 10/31/2003 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 21 | 11/10/2003 | 09:00 | Hearing: Evidentiary-suppression | 1 | Event rescheduled by court prior date |
| 22 | 12/10/2003 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 23 | 12/16/2003 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 24 | 01/15/2004 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 25 | 01/15/2004 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 26 | 02/26/2004 | 09:00 | Hearing: Evidentiary-suppression | 1 | Event canceled not re-scheduled |
| 27 | 02/26/2004 | 09:00 | Hearing: Non-evidentiary-Counsel | 1 | Event held as scheduled |
| 28 | 04/07/2004 | 09:00 | TRIAL: by jury | 1 | Event canceled not re-scheduled |
| 29 | 04/12/2004 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |
| 30 | 04/13/2004 | 09:00 | Hearing: Non-evidentiary-Counsel | 1 | Event held as scheduled |
| 31 | 05/14/2004 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 32 | 06/11/2004 | 09:00 | Conference: Status Review | 1 | Event held as scheduled |
| 33 | 07/23/2004 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |
| 34 | 09/16/2004 | 09:00 | Hearing: Evidentiary-suppression | 1 | Event not reached by Court |
| 35 | 10/01/2004 | 09:00 | Hearing: Evidentiary-suppression | 1 | Event rescheduled by court prior date |
| 36 | 10/07/2004 | 09:00 | Hearing: Evidentiary-suppression | 1 | Event canceled not re-scheduled |
| 37 | 10/07/2004 | 09:00 | Hearing: Non-evidentiary-Counsel | 1 | Event held as scheduled |
| 38 | 11/05/2004 | 09:00 | Hearing: Evidentiary-suppression | 1 | Event not held--req of Defendant |
| 39 | 12/02/2004 | 09:00 | Hearing: Evidentiary-suppression | 1 | Event continues over multiple da |
| 40 | 12/17/2004 | 09:00 | Bail: Review | 1 | Event not held--joint request |
| 41 | 12/21/2004 | 09:00 | Bail: Review | 1 | Event moved to another session |

| 42 | 12/21/2004 | 09:00 | Bail: Review | 2 | Event held as scheduled |
| 43 | 02/03/2005 | 14:00 | Hearing: Evidentiary-suppression | 1 | |

# Full Docket Entries

107 Docket Entries for Docket: WOCR2002-00830

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 06/13/2002 | 1 | Indictment returned |
| 06/17/2002 | | Deft arraigned before Court (Donohue,J) |
| 06/17/2002 | | Committee for Public Counsel Services appointed |
| 06/17/2002 | | Legal counsel fee assessed: $100.00 |
| 06/17/2002 | | RE Offense 1:Plea of not guilty |
| 06/17/2002 | | RE Offense 2:Plea of not guilty |
| 06/17/2002 | | RE Offense 3:Plea of not guilty |
| 06/17/2002 | | RE Offense 4:Plea of not guilty |
| 06/17/2002 | | RE Offense 5:Plea of not guilty |
| 06/17/2002 | | RE Offense 6:Plea of not guilty |
| 06/17/2002 | | RE Offense 7:Plea of not guilty |
| 06/17/2002 | | RE Offense 8:Plea of not guilty |
| 06/17/2002 | | Bail set: $5,000.000.00 with surety or $500,000.00 without prejudice (Donohue,J) |
| 07/18/2002 | 3 | ORDERED: that the Defendant submit to the taking of a specimen consisting of a sample of whole blood from his person for the purpose of comparative analysis by the Department of State Police Crime Laboratory or Cellmark Diagnostics. It is further ordered that the above-described procedure by performed in a forensically acceptable manner by an individual certified in the DNA collection kits. (Leila Kern, Justice) |
| 07/18/2002 | 2 | Motion by Commonwealth: For Blood Sample - ALLOWED (Kern,J) |
| 07/18/2002 | | After hearing same bail (Kern,J) |
| 09/09/2002 | 4 | Motion by Deft: to Dismiss Appointed Counsel and to Appoint New Counsel |
| 11/04/2002 | 5 | Motion by Deft: for Disclosure of Follow-Up Investigations |
| 11/14/2002 | | RE: Paper #4:Motion by Deft: to dismiss appointed counsel and to appoint new counsel; After hearing, no action taken given court's allowance of counsel's motion to withdraw on 11/14/02. (John S.McCann, J.) |
| 11/14/2002 | 6 | Withdrawal of appearance requested by John Roemer by written motion |

| Date | No. | Entry |
|---|---|---|
| 11/14/2002 | 6 | with accompanying affidavit filed in court. |
| 11/14/2002 | | Motion (P#6) allowed (John S. McCann, Justice). Parties notified in |
| 11/14/2002 | | open court. |
| 11/14/2002 | | Appointment of Counsel John M Goggins |
| 03/20/2003 | 7 | Motion by Deft: for funds for a forensic psychiatric evaluaton filed |
| 03/20/2003 | 7 | in court. Allowed by the Court.John S. McCann, Justice. |
| 03/28/2003 | 8 | Deft files motion for funds - Allowed (Goggins,J) |
| 04/03/2003 | 9 | Court Reporter Rattigan, Linda is hereby notified to prepare one copy |
| 04/03/2003 | 9 | of the transcript of the evidence of July 18, 2003. |
| 04/22/2003 | | Transcript of testimony received volumes # 1 Bail hearing from court |
| 04/22/2003 | | reporter, Rattigan, Linda |
| 05/22/2003 | 10 | Motion by Deft: To Revisit the Issue of Bail - DENIED - Declined to |
| 05/22/2003 | 10 | Act - No Change in Circumstances (Sweeney,J) - copy sent 5/22/03 |
| 05/22/2003 | 12 | Motion by Deft: Motion For Funds - ALLOWED (Sweeney,J) |
| 05/22/2003 | 11 | NOTICE of APPEAL FILED by Anthony M Leo |
| 06/19/2003 | 13 | Notice of Docket Entry from Supreme Judicial Court for Suffolk |
| 06/19/2003 | 13 | county - Your are hereby notified that on June 18, 2003, the |
| 06/19/2003 | 13 | following was entered on the docket of SJ-2003-0258 JUDGMENT: |
| 06/19/2003 | 13 | denying relief under c211 s3 after a hearing (Sosman,J) (See Judgment) |
| 06/26/2003 | 14 | Notice of Entry of appeal received from the Supreme Judicial Court |
| 08/01/2003 | 15 | Deft files Motion for funds (pharmacologist and toxicologist |
| 08/01/2003 | 15 | evaluation) |
| 08/01/2003 | | Motion (P#15) allowed in an amount not to exceed $1500.00 at the |
| 08/01/2003 | | authorized CPCS rate (Ralph D. Gants, Justice). |
| 10/31/2003 | 16 | Motion by Deft: for Funds and Affidavit , filed in Court and |
| 10/31/2003 | 16 | IMPOUNDED by the Court (McCann, J) |
| 10/31/2003 | 17 | Motion by Deft: to Impound Motion for Funds and Affidavit in Support, |
| 10/31/2003 | 17 | filed in Court |
| 10/31/2003 | | Motion (P#17) allowed (John S. McCann, Justice). Counsel present |
| 12/10/2003 | 18 | Motion by Deft: to Impound |
| 12/16/2003 | 19 | Motion by Deft: NEW MOTION TO IMPOUND |
| 12/16/2003 | 20 | Motion by Deft: MOTION FOR FUNDS FOR A FORENSIC PSYCHIATRIST |
| 12/16/2003 | 20 | (IMPOUNDED) |
| 12/16/2003 | | Hearing on (P#19 & 20) motion to impound and motion for funds held, |
| 12/16/2003 | | matter taken under advisement (Fahey,J.) |
| 12/16/2003 | | Motion (P#19) allowed, After hearing and consideration, this motion |
| 12/16/2003 | | to impound is allowed, good cause hearing been shown (Elizabeth M. |
| 12/16/2003 | | Fahey, Justice). Copies mailed December 16, 2003 |
| 12/16/2003 | | Motion (P#20) allowed up to $2,800.00 ie up to $350.00 per hour up to |
| 12/16/2003 | | eight hours (Elizabeth M. Fahey, Justice). Copies mailed December 16, |
| 12/16/2003 | | 2003 |

| Date | # | Description |
|---|---|---|
| 12/16/2003 | | Papers #18,19,20 are impounded in locked cabinet |
| 01/15/2004 | 21 | Motion by Deft: Motion to continue for a status conference |
| 02/12/2004 | 22 | Deft files motion to suppress evidence obtained from warrantless |
| 02/12/2004 | 22 | search with memorandum in support of |
| 02/12/2004 | 23 | Deft files motion to suppress evidence obtained with invalid search |
| 02/12/2004 | 23 | warrant and affidavit in support of |
| 02/26/2004 | 24 | Withdrawal of appearance filed by John M Goggins with affidavitt in |
| 02/26/2004 | 24 | support of - Allowed after hearing (Agnes,J) |
| 02/26/2004 | | Appointment of Counsel Daniel W Cronin, pursuant to Rule 53 |
| 04/12/2004 | 25 | Withdrawal of appearance requested by Daniel W Cronin |
| 04/12/2004 | | Motion (P#25) denied w/o prejudice (Jeffrey A. Locke, Justice). |
| 04/12/2004 | 26 | Remand order to Worcester House of Correction |
| 04/13/2004 | | Motion (P#25) allowed after hearing (Jeffrey A. Locke, Justice). |
| 04/13/2004 | | Copies mailed April 14, 2004 |
| 04/13/2004 | 27 | Appearance of Deft's Atty: James J Gribouski |
| 06/11/2004 | 28 | Defendant's files in court Motion to Impound Motion for funds for a |
| 06/11/2004 | 28 | forensic psychiatrist with supporting affidavit. |
| 06/11/2004 | | Motion (P#28) allowed without prejudice (Isaac Borenstein, Justice). |
| 06/11/2004 | | Counsel present June 11, 2004 |
| 06/11/2004 | 29 | Motion by Deft: filed in court. Motion for funds for forensic |
| 06/11/2004 | 29 | psychiatrist and supporting affidavit. |
| 06/11/2004 | | Motion (P#29) allowed (Isaac Borenstein, Justice). Copies mailed June |
| 06/11/2004 | | 11, 2004 |
| 10/07/2004 | 30 | Motion to Withdraw of appearance requested by James J Gribouski - |
| 10/07/2004 | 30 | ALLOWED (Fishman,J.) |
| 10/07/2004 | | Appointment of Counsel Christopher P LoConto, pursuant to Rule 53 |
| 12/02/2004 | | Defendant's oral motion for transcript |
| 12/02/2004 | | Motion allowed (Timothy S. Hillman, Justice). |
| 12/02/2004 | 31 | ORDERED: for Court Reporter Claire Pender to prepare transcript of |
| 12/02/2004 | 31 | proceeding of 12/2/04 (Timothy S. Hillman, Justice) |
| 12/02/2004 | 32 | Deft files motion to revisit the issue of bail pursuant to M.G.L.c. |
| 12/02/2004 | 32 | 276, s 58, sixth paragraph under changed circumstances |
| 12/21/2004 | | Motion (P#32) denied (Hillman., Justice). There being no change in |
| 12/21/2004 | | the defendant's circumstances, the within motion is denied (copies |
| 12/21/2004 | | mailed) |

## Charges

8 Charges for Docket: WOCR2002-00830

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | LARCENY FROM BUILDING c266 s20 | | Plea of not guilt |
| 2 | RAPE, AGGRAVATED c265 s22(a) | | Plea of not guilt |
| 3 | RAPE, AGGRAVATED c265 s22(a) | | Plea of not guilt |
| 4 | RAPE, AGGRAVATED c265 s22(a) | | Plea of not guilt |
| 5 | B&E DAYTIME FOR FELONY, PERSON IN FEAR c266 s17 | | Plea of not guilt |
| 6 | LARCENY FROM BUILDING c266 s20 | | Plea of not guilt |
| 7 | RAPE, AGGRAVATED c265 s22(a) | | Plea of not guilt |
| 8 | B&E DAYTIME FOR FELONY c266 s18 | | Plea of not guilt |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.


# Trial Court Information Center

Home » County Inquiry » Criminal Party Search » Search Results » Docket Details » Docket Entries » Entry Te

## Commonwealth v Leo, Anthony M

**Docket Entry Details for Docket: WOCR2002-00830**

| No. | Docket Entry: |
|---|---|
| 1 | Motion (P#32) denied (Hillman., Justice). There being no change in |
| 2 | the defendant's circumstances, the within motion is denied (copies |
| 3 | mailed) |

**Docket Details:**  **Parties**  **Attorneys**  **Docket Entries**  **Calendar Events**  **Charge:**

**Print Doc**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Term
System data reflects current

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY LEO,  )  <br> ) <br>Petitioner, ) <br> ) <br>v.  ) <br> ) <br>COMMONWEALTH OF ) <br>MASSACHUSETTS, ) <br> ) <br>Respondent. ) <br>_____) | Civil Action No. 04-11006-JLT |

### AFFIDAVIT OF JOSEPH J. REILLY, III, ESQ.

Commonwealth of Massachusetts
Worcester, ss.

1. I am currently employed as an Assistant District Attorney in the Office of the District Attorney for Middle District (covering almost the entirety of Worcester County). In this capacity, I am the Assistant District Attorney responsible for the prosecution of Anthony Leo (the defendant) in Worcester Superior Court Criminal Case No. WOCR2002-00830. I am familiar with the facts and circumstances of this criminal prosecution.

2. Since the inception of this criminal proceeding, the defendant has never, to the best of my knowledge, made motion for speedy trial (or for a trial date) in state court.

3. The Commonwealth has acted promptly and in good faith to fulfill its obligations with respect to the prosecution of this case. The delay in setting a trial date in the defendant's case is not due to any act or omission on the part of the

Commonwealth, but instead is due to the fact that the defendant has been represented by numerous attorneys and has filed numerous motions in this case.

4.  The relevant facts regarding the pre-trial proceedings in this case are as follows: the defendant was indicted on criminal charges on June 13, 2002. On June 17, 2002, he was arraigned on those charges in Worcester Superior Court. On July 18, 2002, the defendant was ordered to provide a sample for purposes of DNA testing. In early December 2002, the Commonwealth received the results of the DNA testing in this case. I promptly provided this information to defense counsel.

5.  By February 14, 2003, the Commonwealth had fully complied with all discovery obligations with respect to the criminal case. Since that time, the Commonwealth has been ready to proceed to trial. By contrast, I have never received any reciprocal discovery from the defendant's attorneys.

6.  As the docket sheet in the criminal case reflects, the defendant has filed numerous motions since the beginning of this case. These motions have been a cause of delay of the criminal court proceedings.

7.  The criminal trial has also been delayed by the fact that the defendant has been represented by five (5) different attorneys in Superior Court. The first attorney to represent the defendant in Superior Court was removed from the case after he and the defendant both moved for his removal.

8.  Each of the other attorneys who have represented the defendant in Superior Court (prior to the defendant's current counsel) has moved to withdraw from representation of the defendant. To the best of my knowledge, the defendant has not objected to the withdrawal of any of these attorneys. Indeed, on every occasion on which a Superior Court judge reminded the defendant that allowing his attorney to

withdraw could delay the criminal case, the defendant has indicated that he assented to his attorney's withdrawal, regardless of the delay.[1]

Signed under the penalties of perjury,

*Joseph J. Reilly, III*
Joseph J. Reilly, III

Dated: December 17, 2004

On this 17th day of Dec., 2004, the undersigned notary public, personally appeared Joseph J. Reilly III, proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document in my presence.

*Sandra L. Hautanen*

Sandra L. Hautanen
Notary Public
My Commission Expires:
January 7, 2011

---

[1] The transcripts of the hearings on the motions to withdraw have not, to the best of my knowledge, been prepared and are not available at this time.



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

January 3, 2005

**Via First Class Mail**

Clerk of Courts
United States District Court,
    District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re:    Anthony Leo v. Commonwealth of Massachusetts
            <u>Civil Action No. 04-11006-JLT</u>

Dear Sir or Madam:

    Enclosed for filing please find Exhibits A and B to the respondent's Memorandum of Law In Opposition to Petition for Writ of Habeas Corpus. The Memorandum itself was electronically filed with the Court earlier today.

    Please do not hesitate to contact me if you have any questions regarding the enclosed. Thank you for your attention to this matter.

                                          Very truly yours,

                                          Maura D. McLaughlin