

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss       WORCESTER SUPERIOR COURT
             DOCKET NO: 02-0830

COMMONWEALTH OF MASSACHUSETTS )
    Plaintiff          )
               )  20__04__ Filed in Court _12)2_
    v.             )
               )  _Hillman_
ANTHONY LEO         )  Attest _____
    Defendant        )      Assistant Clerk-Magistrate

*Handwritten margin notes:* "12/21/05, There being no change in the ∆'s circumstances, the w/in Motion is Denied"

<u>MOTION TO REVISIT THE ISSUE OF BAIL PURSUANT to M.G.L. c. 276, §58, sixth paragraph under Changed Circumstances.</u>

   Now comes the Defendant, Anthony Leo, and requests this honorable court revisit the issue of bail due to factors not previously known, that now constitute 5th, 6th, 8th and 14th amendment violations of the U.S. Constitution and arts. 1,10,12 and 26 of the Massachusetts Declaration of Rights, and as reasons and support thereof states the following:

   A.) That on 7/18/2002 Kern J. presiding, the Court denied Defendant's request to lower bail from $500,000 cash to $50,000 cash "[b]ased on "Flight Risk Only"(potential suicide), from <u>hearsay statements</u> by the D.A. See attached transcript of 7/18/02 bail hearing.

   B.) That Defendant has been detained without a trial since 4/22/02, (31 months) which is far beyond the theoretical maximum under Speedy Trial Act, thus giving rise to Due Process, concerns. <u>5th Amendment of U.S. Constitution.</u>

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CRIMINAL DOCKET# **WOCR2002-00830**

RE:   **Commonwealth v Leo, Anthony M**

TO: Christopher P LoConto, Esquire
   120 Main Street
   Worcester, MA 01608-1170

### CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on 12/21/2004 is as follows:

Deft files motion to revisit the issue of bail pursuant to M.G.L.c. 276, s 58, sixth paragraph under changed circumstances

**Motion (P#32) denied (Hillman., Justice). There being no change in the defendant's circumstances, the within motion is denied (copies mailed)**

Dated at Worcester, Massachusetts this 23rd day of December, 2004.

Francis A. Ford,
Clerk of the Courts

Location: Rm 204 (Worcester)

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**