AO 241 rev, 5/85)

**PETITION UNDER 28 U.S.C. § 2245 WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

# United States District Court

District of Massachusetts

FILED IN CLERKS OFFICE

2005 JAN 25 P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

Name ANTHONY M. LEO   Prisoner No. 2682   Case No.

Place of Confinement

Worcester County House of Correction
5 Paul X Tivinan Drive
West Boylston, Massachusetts 01583

Name of Petitioner (include name under which convicted)   Name of Respondent (authorized person having custody of petitioner)

ANTHONY M. LEO   v.   COMMONWEALTH OF MASSACHUSETTS

The Attorney General of the State of:   Thomas F. Reilly

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  Worcester Superior Court 2 Main Street Worcester, Massachusetts 01608

2. Date of Judgement   07/18/2002

3. Length of sentence   Bail set at $5,000,000.00 surety and $500,000.00 cash

4. Nature of offense involved (all counts)   4 Counts Agg. Rape

   2 counts B & E daytime

   2 counts Larceny from building

5. What was your plea?   (Check one)

   (a) Not guilty   ☐

   (b) Guilty   ☐

   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)

   (a) Jury   ☐   N/A

   (b) Judge only   ☐

7. Did you testify at the bail hearing?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?

   Yes ☒   No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court __Supreme Judicial Court for Massachusetts__

   (b) Result __Petition under G.L. c. 211, § 3, Single Justice denied relief__

   (c) Date of result and citation, if known __06/18/2003 Dckt No:#SJ-2003-0258__

   (d) Grounds raised __8th and 14th Amendments to the U.S. Constitution and__
   __Articles 10,12,26 of the Massachsuetts Declaration of Rights__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court __Full Bench of the Supreme Judicial Court for Massachusetts__

      (2) Result __Appeal from denial of G.L. c. 211, § 3, petition to reduce bail__
      __of 06/18/2003, Court will not hear matter until after September 2004 or__
      __later.__

      (3) Date of result and citation, if known __S.J.C.-09074__

      (4) Grounds raised __5th.,6th.,8th.,&14th., Amendments to the U.S. Constitution__
      __violation of 18, U.S.C. § 3142(c)(e)(f), 3145, Articles 10, 12 & 26 of__
      __the Massachusetts Declaration of Rights__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court _____

      (2) Result _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __Worcester Superior Court, Worcester Ma. 01608__

      (2) Nature of proceeding __Motion to Revisit Bail, "Change of Circumstances"__

      (3) Grounds raised __Defendant, no longer "Suicidal" hence a "Risk of Flight"__
      __by presenting D.O.C. Menatl Health Reports.__

(3)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐     No ☒

(5) Result   Denied-Declined to Act-No Change of Circumstances

(6) Date of result   05/22/2003   Sweeney, J.

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐     No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☒     No ☐
(2) Second petition, etc.      Yes ☐     No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Convictism obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one:   <u>8th. Amendment   Violations of Excessive Bail</u>

Supporting FACTS (state *briefly* without citing cases or law) <u>On June   17, 2002 Defendants bail was set at $5,000,000.00 Surety and $500,000.00 cash without any evidence bearing a  indicia of reliability to justify setting such a high bail.  Bail was  set  in the above  to financially guarantee      detention of defendant whereas he could not ever reasonably  meet  the financial demand.</u>

B.   Ground two: <u>5th Amendment Violation-Length of Pretrial Detention</u>

Supporting FACTS (state *briefly* without citing cases or law) <u>Defendant was held for over 24 months with no trial date forthcoming. Fifth attorney just appointed to defendant. I am being punished for crimes that I am considered innocent of until proven otherwise by a jury of my peers. Detention is rendered so harsh   by its length that it has degenerated into punishment</u>

5

C.    Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

Ground four: _____

D.

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☒    No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a)    At preliminary hearing   Michael Richstone, Esq.  209 Glenwood Road, Rutland, MA  508-886-2241

(b) at arraignment  John Roemer, Esq. Comm. For Public Counsel Services  340 Main Street, Worcester, MA 01608

AO 241 (Rev. 5/85)

    (c) At <u>Motion to Revisit Bail : John Goggins, 47 Harvard Street, Worcester/ MA. and Daniel Cronin/ P.O. Box 676 Lunenburg, MA 01462</u>

    (d) At sentencing _____

    (e) On appeal <u>Anthony Leo, Pro Se, Worcester County House of Correction   5 Paul X Tivnan Drive, West Boylston, Massachusetts 01583</u>

    (C) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding. _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence;   <u>04/23/2002   detention   is   limitless.</u>

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

                                                       Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

<u>January 24, 2005</u>
    (date)

                                                 *Anthony M Leo*
                                               Signature of Petitioner

(7)

Certificate of Service

I, Anthony Leo, hereby certify that a true copy of the above document was served upon the respondent, Maura D. McLaughlin, A.A.G. Comm. of Mass, by depositing the copy in the institution depository for pick up and delivery be first class mail, postage prepaid, as follows:

> Attorney Generals Office
> Comm. Of Massachusetts
> Criminal Bureau
> Attn: Maura McLaughlin
> 1 Ashburton Place
> Boston, MA 02108

*Anthony M. Leo* (signature)
Anthony M. Leo
5 Paul Tivnan Drive
West Boylston, MA 01583

Certificate of Service

I, Anthony Leo, hereby certify that a true copy of the above document was served upon the respondent, Maura D. McLaughlin, A.A.G. Comm. of Mass, by depositing the copy in the institution depository for pick up and delivery be first class mail, postage prepaid, as follows:

> Clerk of Courts
> U.S. District Court
> District of Massachusetts
> 1 Courthouse Way
> Boston, MA 02210

_____
Anthony M. Leo
5 Paul Tivnan Drive
West Boylston, MA  01583