2-15-05

Anthony M Lee
5 Paul X. Tivnan Dr.
W. Boylston, Ma  01583


Ms. Sara B. Cole
Asst Clerk to the JLT Session
US District Court Massachusetts
One Courthouse Way
Boston, Ma. 02210

<u>Re: Lee v Com of Mass</u>
<u>C.A.# 04-11006-JLT</u>

Dear Ms Cole,

  If there is anyway possible that you could write back to me and tell me the current status of the above pending case. I have not yet received a reply. I have heard nothing from the court. Will I be granted a hearing? Has any decision been rendered on my motion for bail?

  Any info you could give me would be deeply appreciated.

  Thank you very much.

Sincerely Yours

Anthony M Lee
Pro Se