Feb. 11, 2005

Anthony Leo #2682
5 Paul X. Tivnan Dr.
W. Boylston, Ma. 01583


Kim Abaid
Docket Clerk to Hon Joseph L. Tauro
U.S. District Court; D-MASS
One Courthouse Way
Boston, Ma. 02210

Re: Anthony Leo v. Com. of Massachusetts
NO#: CA 2004-cv-11006 J.L.T.

Dear Ms. Abaid,

I'm writing this letter to inquire as to the status of my habeas corpus petition. Judge Tauro ruled that he would hear grounds 1 and 4 of my original petition. As such, I amended my petition to only bring these two grounds. What is the next step in this process? Is the Court waiting for something? Will a hearing be granted? I have not heard anything from the Court on this matter for quite sometime. Any information you could send me would be deeply appreciated.

Also, do you know what is happening with my motion to grant bail? I believe it was sent to Ch. M.J. Bowler for a decision or recommendation. Has any ruling been given

on this motion?

Waiting for the final determinations on these matters is starting to disrupt my pending state criminal matters. Any information you could give me as to when a final decision might be reached on these matters will allow my state attorney and myself to prepare accordingly.

Please do not hesitate to contact me with any questions concerning this matter.

Thank you very much for your time and attention to this matter.

Sincerely Yours,

Anthony Leo, pro se

Anthony Leo #2682
5 Paul X. Tivnan Dr.
W. Boylston, Ma. 01583