3-24-05

Anthony Leo #0063671
5 Paul X. Tivnan Dr
W. Boylston, Ma. 01583

FILED
IN CLERKS OFFICE

2005 MAR 28  P 2:59

U.S. DISTRICT COURT
DISTRICT OF MASS

Ms. Kim Abaid

Re: C.A.# 04-11006-J.L.T.

Dear Ms. Abaid,

    I have written several letters to the Court asking of the status of my pending legal action and have recieved no reply. My family has repeatedly phoned the Court in hopes of speaking to someone who can answer this question. No person ever answers the telephone and all messages left asking to return the call have been ignored.

    As such I phoned the Federal Defender Office in Boston and spoke to an attorney. After reviewing my docket they could not understand why this matter has not been heard. I was told to continue writing and calling because it looks

like my amended petition and motion for evidentiary hearing (#47, #48) have been overlooked by Judge Tauro's clerk. This was the only explanation the Defenders Office could give me for this delay.

Furthermore, why has it taken Bowler, Ch.M.J. over two months just to form a recommendation on bail? This delay completely undermines the purpose of bail in the first place. (#45)

Anything you can do to answer these questions either by phone - (508) 839-6306 (Ann Leo), or writing would be appreciated. Additionally, when will Tauro, J. hear and dispose of this simple matter? Almost a year has past since filing this habeas petition claiming unconstitutional "PRE"-trial detention. This delay is exactly what is the problem which needs to be resolved.

Thank you very much for any assistance you might be able to give.

Sincerely Yours,

Anthony Leo, Pro se
5 Paul X Tivnan Dr.
W. Boylston, Ma.
01583