UNITED STATES DISTICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY M. LEO
    Petitioner,

    v.                                             CIVIL ACTION NO.
                                                        04-11006-JLT

COMMONWEALTH OF MASSACHUSETTS
    Respondent.

**PROCEDURAL ORDER RE:**
**PETITIONER'S MOTION TO REVISIT THE ISSUE OF BAIL (DOCKET ENTRY # 43) AND MOTION FOR AN EVIDENTIARY HEARING (DOCKET ENTRY # 47)**

**April 19, 2005**

**BOWLER, U.S.M.J.**

    The respondent is hereby directed to file a response to Docket Entry ## 43 and 47 by April 26, 2005.  No continuances will be granted.

                                                /s/ Marianne B. Bowler
                                              **MARIANNE B. BOWLER**
                                              United States Magistrate Judge