# EXHIBITS

# A. Articles on Similar Charges

# B. Articles on Jail Suicides

# Exhibit A

# Bleidt appears shattered and possibly still suicidal

**By GREG GATLIN**

A federal judge has ordered admitted fraudster Brad Bleidt to undergo a 30-day psychiatric evaluation after his lawyer said it's not clear whether he's still suicidal.

Bleidt, unshaven and disheveled, was ushered into a Boston courtroom yesterday in a neck immobilizer and handcuffs — a stark contrast to the buttoned-up man-about-town appearance he fostered before his downfall.

He was arrested Friday and charged with mail fraud for allegedly bilking millions of dollars from clients of his asset management firm — some of which were diverted to pay for a radio station, WBIX-AM.

It was Bleidt's first public appearance since attending a WBIX party before trying to kill himself nearly two weeks ago.

In court, he sat mostly silently in a red T-shirt, black pants and sneakers without laces. His hair, usually neatly parted, was mussed, and his face had the whiskers of a man who hadn't shaved in several days. A court officer swearing Bleidt in asked him to raise his right hand, but Bleidt could only raise it slightly.

Meanwhile, the court-appointed receiver for Bleidt's assets, including WBIX-AM (1060), which Bleidt says he bought with stolen money, said the station will continue to broadcast at least into next week.

"I'm confident that in the short term it's going to continue to operate," receiver David Vicinanzo said.

As to where funds to pay employees would come from, Vicinanzo said he expected to

Turn to Page 40

> 'I don't believe anybody made the final determination as to whether (Bleidt) is still suicidal.'
>
> **EDWARD LEE, BLEIDT'S ATTORNEY**

# Bleidt's lawyer steps in with concerns

From Page 35

get some help with any shortfall. He's reached out to Chris Egan, who reluctantly bailed out of his deal to buy WBIX. But Egan's not expected to fund any operations, beyond the salary and employee benefits he's already pledged to pay through Jan. 7.

Federal prosecutors sought to have Bleidt held without bail, saying he might flee if released. But Bleidt's lawyer, Edward Lee, argued that doctors have not determined whether the confessed swindler remains a suicide risk.

"To date I don't believe anybody made the final determination as to whether (Bleidt) is still suicidal," Lee said. "That's relevant."

U.S. District Court Judge Joyce London Alexander agreed, granting the request for a 30-day psychiatric evaluation. At Lee's urging, she recommended that Bleidt be sent to a Federal Medical Center in Devens.

Lee told the judge that Bleidt had undergone surgery to fuse three vertebrae at Beth Israel Deaconess Medical Center. Bleidt was later voluntarily admitted to Massachusetts General Hospital, where he was arrested in a locked psychiatric ward Friday. He was held over the weekend in a Brookline police station cell, Lee said.

Lee complained that he only heard of his client's arrest on the news and that he wasn't told where Bleidt was being held. He said Bleidt was not offered an opportunity to make a phone call. Bleidt faces up to 20 years in prison and a $250,000 fine.

# County jail guard arrested

## Rape, assault charges filed

**By George Barnes and Milton Valencia**
TELEGRAM & GAZETTE STAFF

GARDNER — A guard at the Worcester County Jail and House of Correction in West Boylston has been accused of kidnapping and raping a woman whom he allegedly drove through several towns before releasing in Gardner.

John A. Starkweather, 36, of 580 Old Coldbrook Road, Barre, was arraigned before Judge Patrick A. Fox in Gardner District Court yesterday on charges of rape, indecent assault and battery on a person 14 or over, armed assault with intent to murder, armed kidnapping with sexual assault, assault and battery with a dangerous weapon (a handgun) and assault with a dangerous weapon.

Mr. Starkweather

Mr. Starkweather was arrested by Gardner and state police, said Elizabeth Stammo, from Worcester District Attorney John J. Conte's office. He was initially charged by Gardner police with assault with a

# Guard at jail arraigned in rape

**Guard/From Page One**

were brought by state police attached to the district attorney's office.

Mr. Starkweather is a correction officer who has been temporarily employed at the jail in West Boylston the past three months.

Deputy Superintendent William E. Frisch said Mr. Starkweather has been placed on administrative leave without pay. Mr. Frisch said he had no knowledge of the case, and was simply reacting to the charges announced by authorities.

Assistant District Attorney Joyce Johnson requested that Mr. Starkweather be held on $200,000 bail. While noting that he has strong ties to the community, she said the high bail was still appropriate because the crime was "so egregious in nature and the circumstances surrounding it."

Lawyer Mark E. Noonan of Worcester, who represented Mr. Starkweather for the arraignment, requested $5,000 bail, saying his client is married, with two children ages 14 and 15, and has always lived in Barre.

"He has nowhere else to go," he said. "He was born there. This is where he lived and this is where he will remain."

Mr. Starkweather was represented yesterday by Mr. Noonan only for bail purposes. The defendant told the court he planned to hire his own lawyer.

Judge Fox set bail at $5,000 cash bail or $50,000 with surety on the charge of assault with a dangerous weapon. Mr. Starkweather is also being held on an additional $20,000 cash bail or $200,000 with surety on the other charges. Both cases were continued to Nov. 26 for a further arraignment.

The district attorney's office is preventing the release of

# Man charged with scissors assault

MARLBORO — A city man was arraigned Monday on charges he swiped at another man with a pair of scissors while he tried to steal cash in a Broad Street apartment Sunday morning, court records said.

Pedro Marroquin, 54, of 30 Lincoln St., Marlboro, allegedly entered the unlocked Broad Street apartment and woke up a man sleeping on the couch. The break-in was reported at 1:16 a.m.

The man told police that Mr. Marroquin grabbed a pair of scissors near the couch and demanded money. The man, who was not injured, tried to call police but was unable to because Mr. Marroquin allegedly continued to swipe at him with the scissors, police reported.

A woman and two children also were in the apartment, but were not harmed.

Mr. Marroquin was charged with breaking and entering in the nighttime with intent to commit a felony, armed burglary and assault and intimidation of a witness Monday in Marlboro District Court.

Police reported that Mr. Marroquin, who works as a landscaper, appeared intoxicated when he was arrested. He was released after posting $200 cash bail. Mr. Marroquin will return to court Dec. 3 and was ordered to stay away from the people who were in the apartment.

BRIDGEPORT, Conn. — The boy's mother knew something was wrong when her 8-year-old son began to act out at school. "He tried to jump out the window at school," the Stratford woman said yesterday. "He was acting out last year — all kind of stuff." He even threw a chair at another pupil.

Out of school, the boy always wanted to go to a neighbor's house, where he helped a 7-year-old girl with her homework and played games. He'd cry if he wasn't allowed to go.

"I'm assuming he wants to go play with the girl," the mother said.

Then her older son found a letter in his brother's room that shocked the family and authorities. The letter led to charges that the girl's 29-year-old mother, Tammy Imre, had sexually assaulted the young boy.

Imre, a part-time receptionist, was charged with first-degree sexual assault and risk of injury to a minor. A judge set bond at $250,000 yesterday and deemed the thin, blond woman a danger to the community.

# Woman, 86, allegedly raped

## Leominster man, 18, charged

By Mike Elfland
TELEGRAM & GAZETTE STAFF

LEOMINSTER — An 86-year-old Fairlawn Nursing Home resident was allegedly raped by an 18-year-old aide Monday, triggering an investigation by the state Department of Public Health.

A second employee of the nursing home discovered the assault when he went into the woman's room to look for the aide, according to a police report. After fumbling with his pants and insisting he was washing the woman, the aide hurried from the room, the report said.

Minutes later, as nurses comforted the elderly woman, she said it was not the first time she had had such an encounter and she said she was told it was some sort of medical "test," according to the police report.

The aide, Luis A. Figueroa, of 12 Boyle Place, Apt. 12, was arrested at the nursing home soon after the alleged assault was discovered. Nurses called police

*Turn to Aide/Back Page*

## Aide charged with raping woman

Aide/from Page One

after confronting Mr. Figueroa about what the co-worker reported to have witnessed Police were summoned to the nursing home about 11 p.m.

"At first I thought, 'This can't be, he must be washing her or something,'" the witness told investigators. "I walked into the room, pulled the privacy curtain completely back and said, 'What are you doing?'"

Mr. Figueroa was charged with rape. He pleaded not guilty at his arraignment Tuesday in Leominster District Court and was ordered held on $25,000 bail.

Fairlawn officials have suspended Mr. Figueroa, a certified nursing assistant, pending the outcome of the criminal investigation, according to a spokes- nursing home. Mr. Figueroa passed a background check when he was hired, said Mary Lourdes Burke, HealthAlliance spokeswoman.

"We have CORI checks as part of our employment process," said Ms. Burke, referring to the state Criminal Offender Record Information system.

Roseanne Pawelec, spokeswoman for DPH, which monitors nursing home regulations, said the agency was notified of the alleged assault and has started a review of the case, which will include interviews with Fairlawn staff.

"We will look at operational issues at the nursing home," Ms. Pawelec said. "The goal for our investigation is to determine lowed proper procedures, had followed all state and local laws and had adequate security to protect the safety of residents."

Fairlawn Nursing Home, 370 West St., has 133 beds. Mr. Figueroa was hired about a year and a half ago and had no problems until this week, Ms. Burke said.

At the police station the night of the alleged rape, Mr. Figueroa told investigating Officer Ryan Malatos he planned to have sex with the woman but changed his mind at the last minute, about the time the co-worker entered the room, according to Officer Malatos' report filed with court documents. Earlier in his conversation with the officer, Mr. Figueroa said his co-worker was mistaken, that the elderly port said.

The woman, whose name is not listed in police or court documents, was taken to a hospital for treatment.

In the moments after the alleged assault, the woman appeared agitated and asked that her doctor be called. A nursing supervisor told police: "When I said, 'Did anyone touch you tonight?' she said, 'Yeah, they did that test again.'"

Police collected the woman's bed sheets and nightgown as evidence.

Ms. Burke, the HealthAlliance spokeswoman, said the staff at Fairlawn has been deeply affected by the case.

"They pride themselves on the best care," Ms. Burke

**B4** TELEGRAM & GAZETTE • THURSDAY, SEPTEMBER 23, 2004

# Man faces three rape counts

## Suspect in Warren case is a registered Level 2 sex offender

By Bradford L. Miner
TELEGRAM & GAZETTE STAFF

WARREN — Police have arrested a Level 2 sex offender and charged him with three counts of statutory rape of a child and two counts of indecent assault and battery on a person over age 14.

Police Chief Glenn F. McKiel said yesterday that Ernest C. Kendall, 45, of 20 Carpenter St. was arraigned yesterday in Western Worcester District Court on the charges and noted the indecent assault and battery charge was a subsequent offense.

A 14-year-old victim, whose name was being withheld, reported the attack Saturday to police, Chief McKiel said. She told officers that she knew her attacker and was at his home for a sleepover when the assault occurred.

The chief said police searched for Mr. Kendall throughout the weekend.

As a result of their investigation, Chief McKiel said officers Monday obtained an arrest warrant from Western Worcester District Court and continued their attempt to locate the suspect.

Ludlow police arrested and detained Mr. Kendall and he was initially held on $5,000 bail, Chief McKiel said. A Ludlow police officer said that based on a tip, Mr. Kendall was apprehended and taken into custody at 3:15 p.m. Monday. He was released at 10 p.m. Monday when his $5,000 cash bail was paid, the officer said.

A spokeswoman for the clerk's office at court said Mr. Kendall was held on $50,000 cash bail and the case was continued to Oct. 20 for assignment of counsel.

Mr. Kendall is facing additional unrelated charges in the Hampden District Court, Chief McKiel said.

Mr. Kendall was convicted in 1997 on a charge of indecent assault and battery on a child over age 14 and had registered as a sex offender, as required by state law, with the Warren Police Department.

Officer Michael Cygan, a certified sex crimes investigator, investigated the case.

# Sex offender held after arraignment

## Man is charged with raping girl

By Milton J. Valencia
TELEGRAM & GAZETTE STAFF

WORCESTER — A sex offender registered in Upton was held on $50,000 cash bail after an arraignment yesterday in Superior Court to face new charges that he raped and kidnapped a 14-year-old girl.

Brian M. Addeo, 25, of 112 Main St. in Upton, was arrested at his home in September after the alleged victim told police he had raped her at his home.

Mr. Addeo was later indicted in Superior Court on charges of kidnapping, three counts of aggravated rape, four counts of rape, indecent assault and battery on a child 14 or over, assault with a dangerous weapon, two counts of assault and battery, and possession of cocaine. Mr. Addeo allegedly threatened the girl with a knife to hold her against her will, but did not stab or slash her.

When police arrested Mr. Addeo, authorities also allegedly found a 4-foot-long alligator. He is charged with having the reptile without a license.

Mr. Addeo pleaded not guilty at his arraignment yesterday. Through his lawyer, he did not contest the $50,000 cash bail requested by the district attorney's office.

Mr. Addeo had registered as a Level 2 sex offender after pleading guilty in 2002 to four counts of rape of a child. He was sentenced to 2½ years, with 18 months to serve and the balance suspended.

He was also ordered to undergo sex offender counseling, to complete drug and alcohol testing, and to have no contact with any child under 16 years old.

## Suspect arraigned in three 1989 rapes

**By DAVID WEBER**

During 10 years behind bars for a rape he did not commit, Neil Miller often thought about the man who should have occupied his prison cell.

"I always wondered if I would know him or what he would look like," Miller said after learning the same DNA tests that exonerated him became the principal evidence against a man arraigned yesterday for three 1989 rapes in Boston, including the one in which a 19-year-old woman mistakenly identified Miller as her attacker.

Lawrence Taylor, 49, formerly of 120 Humboldt Ave., Roxbury, was held on $100,000 cash bail for rapes committed inside apartments on Beacon Street on Aug. 3, 1989, on Boylston Street on Aug. 24, 1989, and on Norway Street on Sept. 30, 1989.

Police tabbed Taylor as the serial rapist after he was forced to submit a DNA sample to a state lab upon his conviction for a 1997 breaking and entering in Norfolk County.

"It's a good thing he's away now," Miller said. "It's a bad thing it had to happen to myself and to those victims."

Before appearing in court yesterday, Taylor — who has a record of criminal convictions stretching back 37 years — already was held on $20,000 cash bail for alleged break-ins on Marlborough Street in March 2003 and Columbus Avenue in April 2003.

Yesterday, he said he could not have committed two of the 1989 rapes because he was arrested on a breaking and entering charge shortly before they occurred.

However, Suffolk First Assistant District Attorney Josh Wall said he already investigated that claim and determined Taylor was free on bail at the time of the rapes.

Miller, 37, walked out of prison on May 10, 2000, after lawyers for the Innocence Project received permission to run DNA tests on bed sheets from the Boylston Street crime scene. The tests revealed that Miller's DNA did not match traces left on the sheets.

DNA evidence was not recognized by Massachusetts courts until 1994, four years after Miller's conviction.

After Miller's vindication, Boston police tested evidence from the Beacon Street and Norway Street rapes, which had never been solved, and determined the same man had committed all three crimes.

---

## Suspect arraigned in home invasion

WORCESTER — An Esther Street man who allegedly held a gun on another resident of his apartment building was arraigned yesterday on charges of home invasion, armed robbery and threatening to commit murder.

Mackenson St. Vil, 21, of 28 Esther St., pleaded not guilty to the charges and was ordered held on $2,500 cash bail by Judge Arthur F. Haley III, pending a Sept. 27 pretrial conference in Central District Court.

Police allege that on July 29, Mr. St. Vil entered an apartment in his building and threatened to shoot the occupant while demanding money. She gave him a check for $3,500, court records show. It was not clear from court records if the victim made the check out to Mr. St. Vil or if it had been made payable to her.

---

## $20,000 bail set in rape case

**By John Dignam**
TELEGRAM & GAZETTE STAFF

DUDLEY — A West Warren man was ordered held on $20,000 cash bail during his arraignment yesterday in Dudley District Court on charges that he raped the 18-year-old sister of his girlfriend in her bedroom in Southbridge.

Judge Neil G. Snider entered a not guilty plea on behalf of Matthew L. Smith, 24, of 2177 Main St., West Warren, on charges of aggravated rape, kidnapping and assault with a dangerous weapon (knife). The judge continued the case to Sept. 16. He ordered Mr. Smith to stay away from the woman, should he be released on bail.

Southbridge police said Mr. Smith had gone to the house about 7 a.m. and the mother of the young woman called police about 11 a.m. Thursday, when he was arrested.

In response to Judge Snider's questions yesterday, Mr. Smith said he lived with his girlfriend and their two children, a 2-year-old and a 1-month-old.

Assistant Worcester District Attorney Scarlett Scannell said the young woman allegedly attacked by Mr. Smith is the sister of Mr. Smith's girlfriend, fiancee.

Ms. Scannell told the court that Mr. Smith borrowed his girlfriend's mother's car to go to the mother's home in Southbridge to retrieve a tool belt. He used the mother's keys to go into the house, where he entered the bedroom of the 18-year-old woman, "who told him to go away," Ms. Scannell alleged that Mr. Smith then got a knife from the kitchen, returned to the bedroom, threatened the woman with the knife and raped her. He then allegedly bound her limbs and covered her mouth with duct tape, placed a shirt over her head and put her in a closet in the bedroom.

Ms. Scannell said it took the woman about three hours to free herself enough to use her voice-activated cell phone to call her mother.

## Logan marshals nab rape suspect

An East Boston cabbie accused of raping a New Hampshire woman in his vehicle this summer was captured by U.S. Marshals at Logan International Airport after returning from a trip to Morocco.

Kotbi Abdellatiff, 38, was taken into custody Friday and is awaiting rendition to New Hampshire, where he faces charges of raping the Nashua woman on July 18.

Abdellatiff failed to appear in Hillsboro County Superior Court after being picked up initially in Boston and released on a $10,000 bond.

## Prisoner kills clerk, then himself

THE ASSOCIATED PRESS

KENEDY, Texas — An inmate serving a life sentence for sexual assault killed a prison clerk and then committed suicide, authorities said.

Rhonda Osborne, 33, was attacked and choked Thursday, then shoved to the floor of a storage room at a maximum security prison unit, TDCJ spokeswoman Michelle Lyons said. Osborne, who had worked at the prison five years, was pronounced dead at a hospital, but her exact cause of death had not been determined.

The attacker, Gary Laskowski, sentenced to life for two counts of aggravated sexual assault, later killed himself by cutting his neck and wrists with a sharp object, she said.

All of the evidence indicates a murder-suicide, but authorities continue to investigate, said John Moriarty, criminal justice department inspector general. Autopsies were pending.

Laskowski was working as a support service inmate.

---

**B8  TELEGRAM & GAZETTE    THURSDAY, NOVEMBER 11, 2004**

# Student is arraigned on rape charges

**By Elaine Thompson**
TELEGRAM & GAZETTE STAFF

MARLBORO — A Marlboro High School honors student is one of two teens charged with raping two 15-year-old girls whom they allegedly plied with alcohol on Halloween night.

Anthony Parreira, 18, of 82 Ash St., was arraigned in Marlboro District Court yesterday. He and a 16-year-old defendant are each charged with conspiracy to commit a crime (rape), rape of a child with force (four counts), indecent assault and battery on a person 14 or older, and breaking and entering a building at night to commit a felony. Mr. Parreira, a senior honors student at Marlboro High School, is also charged with contributing to the delinquency of a child. The 16-year-old also is charged with intimidation of a witness. He was arraigned in Juvenile Court at Framingham District Court. Information about the court appearance was not readily available.

At Mr. Parreira's arraignment, Judge Thomas F. Sullivan Jr. continued the case to Dec. 16 for a probable cause hearing. The defendant was also ordered to stay away from the girls and their families. He was later released from jail after posting $5,000 cash bail.

The four teens were together Halloween night, according to the Middlesex district attorney's office.

The defendants "were alleged to have given alcohol to the two victims. They took them to a building that they broke into, and that's where they sexually assaulted both of the girls," said Emily LaGrassa, spokeswoman for the district attorney's office.

Mr. Parreira also had been arrested earlier that day, Ms. LaGrassa said the two incidents are unrelated.

According to court documents, he was arrested at his home about 5:30 a.m., after he forced his way into an apartment on Bronte Way, demanding to see his former girlfriend.

He allegedly forced the girl's bedroom window open against the efforts of her father to keep it closed.

"He then climbed into the bedroom, in a very angry and agitated state, looking for his ex-girlfriend of two years," police said in their report. The girl "was in a bed next to the window hiding under the covers ... afraid of what Mr. Parreira might do."

In that case, Mr. Parreira is charged with assault and breaking and entering to commit a misdemeanor (assault). He was arraigned Nov. 1 and released on his personal recognizance. A Dec. 3 pretrial hearing is scheduled.

Mr. Parreira's court-appointed lawyer, Bridgette Bradley of Framingham, could not be reached for comment.

# 1976 rape case to be prosecuted

## Accuser is dead but testimony extant

By Gary V. Murray
TELEGRAM & GAZETTE STAFF

WORCESTER — The alleged victim has since died, but the district attorney's office still intends to prosecute the case of a Worcester man charged with participating in the rape of a woman at gunpoint more than 27 years ago.

Edward W. Lee Jr., 54, of 3 Blaine Ave., was arrested last month at his home on a warrant charging him with rape, unnatural rape, kidnapping, assault and battery with a dangerous weapon (handgun), assault and against Mr. Lee, despite the fact that the alleged victim has died.

While acknowledging that the prosecution's case had deteriorated with the passage of time, Ms. DelloStritto told Judge Jeffrey A. Locke at a bail hearing yesterday in Worcester Superior Court that she still intended to pursue the case.

Assistant District Attorney Kathleen M. DelloStritto told Judge Jeffrey A. Locke at a bail hearing yesterday in Worcester Superior Court that she still intended to pursue the case.

Mr. Lee is one of two men who kidnapped and raped her more than a quarter-century ago after offering her a ride home from a party.

Ms. DelloStritto noted that the woman was subjected to cross-examination by a defense lawyer at the hearing, suggesting that her prior recorded testimony could be used at trial.

"We still, at this time intend to pursue a case," the prosecutor told the judge. Ms. DelloStritto said, "the allegations against Mr. Lee "are still as shocking now as they were then."

She said the alleged victim told police Mr. Lee and a co-defendant, whose case has since been resolved, offered her a ride home from a "motorcycle club" party during the early morning

Turn to Rape/Page B3

## 1977 testimony crucial to trial

### Assistant District Attorney Kathleen M. DelloStritto said the suspect remained in default for more than 15 years before his arrest last month.

Rape/From Page B1

hours of Nov. 11, 1976. Instead of driving her directly home, the two men, whom she did not know, took her to a garage in Holden, where they raped and beat her, the alleged victim told police.

The prosecutor said Mr. Lee, who is also charged with fatally threatening and sexually assaulting a woman with a handgun.

Mr. Lee made several more court appearances in 1988, but did not show up for his Dec. 28, 1988, trial, Ms. DelloStritto said. She said the suspect remained in default for more than 15 years before his arrest last month.

"He complied with a contract," but did not elaborate. He said his client, who is married and owns a home with his wife, did not pose a risk of flight if released from custody to await trial.

Mr. Lee appeared in court on several occasions, then defaulted on Sept. 26, 1977, the date his case was scheduled for trial. He remained in default for about 11 years, until July 8, 1988, when he returned to court and the default was removed, Ms. DelloStritto said. She said she was not certain whether Mr. Lee was brought to court after an arrest,

or appeared voluntarily at that time.

Mr. Lee and Ms. DelloStritto discussed the case privately with Judge Locke in a sidebar conference.

Judge Locke reduced Mr. Lee's bail from $50,000 to $25,000 cash and ordered that he remain under house arrest with an electronic monitoring bracelet in the event he makes bail. The case was continued to April 7.

"He did not hide," said Mr. Lee's lawyer, H. Hoover Garabedian, who requested a reduction in bail in open court after told one of the arresting officers he had been "hiding" at his home for the last 15 years.

## Rape suspect's bail reduced to $20,000

### 1977 indictment is newly pursued

By Gary V. Murray
TELEGRAM & GAZETTE STAFF

WORCESTER — Bail was reduced yesterday for a 54-year-old Worcester man charged with a 1976 rape.

Edward W. Lee Jr., who was indicted in 1977 and twice defaulted when his case was scheduled for trial in Worcester Superior Court, was arrested March 10 on a warrant charging him with rape, unnatural rape, kidnapping, assault and battery with a dangerous weapon, assault and battery and carrying a dangerous weapon, crimes he allegedly committed Nov. 11, 1976, in Worcester and Holden.

Mr. Lee, of 3 Blaine Ave., and a co-defendant, whose case has since been resolved, allegedly offered a woman a ride home from a party, drove her to Hol-

Yesterday, Judge Ernest B. Murphy reduced Mr. Lee's bail from $25,000 cash to $20,000 cash at the request of the suspect's lawyer, H. Hoover Garabedian, and over the objections of Assistant District Attorney Kathleen M. DelloStritto.

Mr. Garabedian told the judge his client's family had been able to raise $20,000 cash, but not $25,000. Judge Murphy said he thought the difference between the two amounts was insignificant in terms of assuring Mr. Lee's appearance in court.

As a condition of release, Judge Murphy ordered Mr Lee to report daily to the Probation Department.

Despite the bail reduction, Mr. Lee remained in custody because he is named in an unrelated warrant against him in Hampden Coun-

# Carjacking suspect has bail dropped

By Milton J. Valencia
TELEGRAM & GAZETTE STAFF

WORCESTER — A man who has been in jail for two weeks charged with carjacking, had his bail eliminated and was placed on house arrest yesterday after a hearing in Superior Court in which his lawyer questioned the credibility of police reports and the alleged victim's statements.

Anthony Milani III, 19, of 64-B Brooks St., must stay at home and wear an electronic monitoring bracelet while awaiting trial. He is only allowed to leave for medical reasons and court appearances. Previously, he had been held on $25,000 cash bail.

Mr. Milani was arrested early Dec. 12 after a carjacking in the Greendale area the night before. He was charged with armed assault with intent to murder, assault and battery with a dangerous weapon, armed carjacking, possession of a firearm without a firearm identification card and carrying a firearm without a license.

Police believe a second man was involved, but no other arrests have been made.

Police went to Christine Street shortly after 8 p.m. Dec. 12 after receiving reports of shots fired and a carjacking. Witnesses reported hearing gunshots and seeing the driver of a white Chevrolet Blazer chase a black Honda Civic.

A man told police that his 17-year-old daughter had been driving the Honda and that it was shot at and rammed by the Chevy Blazer. The teenager told police she had been in a convenience store at Burncoat and Clark streets when two men she knew entered and made lewd remarks. As she left, she made a gesture to the men and drove off, she told police. As she was traveling south on Leeds Street, she saw the Chevrolet Blazer come behind her with its high beams on before it rammed her car.

The girl said the car nearly rammed her off the street, then she heard two explosions as the rear window of her car was shot out. She stopped at a friend's house, left the car running and ran inside the home.

Then, she told police, she saw one of the occupants of the other car drive off in her car.

Police recovered four spent .32-caliber shell casings in the area. The car was also recovered.

Frances King, Mr. Milani's lawyer, questioned the police report, saying it is riddled with inaccuracies.

# Lowell man is accused of strangling father

2-12-05

THE ASSOCIATED PRESS

LOWELL — A man accused of strangling his father and leaving the body in a plastic container on his mother's porch was ordered held without bail yesterday.

Ross Hanvey Jr., 36, pleaded not guilty at his arraignment at Lowell District Court, where he was ruled a suicide risk and committed to Bridgewater State psychiatric hospital.

Hanvey is accused of killing of his father, 54-year-old Ross Hanvey Sr.

The elder Hanvey was on the phone with a woman from Connecticut Tuesday when he began arguing with his son about drugs and abruptly hung up, said Tom O'Reily, an assistant district attorney.

Hanvey allegedly told investigators his father grabbed him around the neck and he responded by grabbing his father's neck.

"He then started strangling him, and the next thing you know he kept on strangling him until he was dead on the floor," O'Reily said in court.

Hanvey called his sister Wednesday afternoon and asked for a ride to his mother's house on Royal Street. When his sister picked him up, he allegedly loaded a plastic container into her truck, and dropped it off on his mother's porch.

That evening, the woman the elder Hanvey had been speaking with Tuesday called police and asked them to make sure he was OK. Police found Hanvey Jr. hiding under a bed in his father's Merrimack Street residence and arrested him on a warrant.

Hanvey failed to appear in court on the warrant Thursday, and his family discovered the body that night.

Police then tracked down Hanvey and arrested him for failing to appear in court, prosecutors said.

Hanvey's lawyer, Stanley Norkunas, said he hadn't had a chance to interview his client in depth, but said it doesn't appear his client intended to kill his father when they began fighting. His client has a history of mental illness, including several suicide attempts, he said.

---

T&G Staff/PAUL KAPTEYN

WORCESTER — Police gang unit Officer Gary J. Morris watches as bags of heroin in a cyanoacrylate fuming chamber undergo a process to reveal fingerprints. The bags of pure heroin, with a street value of $100,000, were seized Tuesday evening when police stopped a car in Great Brook Valley. The two suspects, Joel Figueroa, 28, of 51 Clark St., Apt. 5, Clinton, and Hector L. Colon, also known as Gilberto B. Ceballos, 42, of 51 Clark St., Apt. 2, Clinton, are each charged with trafficking more than 200 grams of heroin. They were each ordered held on $50,000 cash bail during arraignment yesterday, pending their pretrial conferences in Central District Court on Feb. 18.

# Sex offender faces charges

**By Elaine Thompson**
TELEGRAM & GAZETTE STAFF

NORTHBORO — A Level 2 sex offender, awaiting trial on charges of sexual assault on the North Shore, was arrested yesterday on a fugitive from justice warrant from Minnesota charging him with sexually molesting a 10-year-old girl there.

Northboro Police arrested Ian S. Tuffs, 38, at his parents' home at 2 Sunset Drive just before 7 a.m. He was later arraigned in Westboro District Court and held at the Worcester County House of Correction on $200,000 cash bail.

Jeff Bakken, a spokesman with the Hennepin County Sheriff's Office, said authorities will proceed to extradite Mr. Tuffs to Minnesota. He is charged with first-degree criminal sexual conduct and second-degree criminal sexual conduct. Mr. Bakken said Mr. Tuffs is accused of sexually molesting the 10-year-old daughter of a woman with whom he has a younger son.

Mr. Tuffs was living with the woman in St. Louis Park, a suburb of Minneapolis, but moved back to Massachusetts when the woman became pregnant. After the child was born a few years ago, Mr. Tuffs would periodically go back to visit him. It was during these visits that Mr. Tuffs allegedly molested the girl. Mr. Tuffs would care for the children while the mother was at work, sometimes overnight, Mr. Bakken said. He said Mr. Tuffs also spent a lot of time alone with the children while the mother was moving her family to a different home.

The two children ended up living with an aunt and uncle in Atlanta last fall and that is when the girl revealed the alleged abuse, Mr. Bakken said.

He said the girl told a trained child interviewer in Georgia Mr. Tuffs had indecently assaulted her, Mr. Bakken said.

She said he had done this to her in first, second and third grades, and that it had happened pretty much her whole life," the spokesman said. "She also explained that she would be naked when this happened. She also said this did not happen to her brother because she did not leave him alone with the defendant and her brother did not see what happened to her."

According to records at Westboro District Court, Mr. Tuffs is awaiting trial in Newburyport District Court. He was arraigned there June 4 on charges of enticing a child under 16, possession of child pornography, assault and battery, and indecent assault and battery on a person age 14 and older. The Newburyport Daily News reported Mr. Tuffs was subsequently arrested after he allegedly grabbed one of its reporters and dragged her toward his vehicle. Mr. Tuffs served 10 years in prison after being convicted in 1984 of raping a 13-year-old girl, according to the Newburyport Daily News. Also, in 1996 Mr. Tuffs was arraigned in Westboro District Court on three charges of statutory rape of a 14-year-old Westboro girl. The outcome of those charges were not available yesterday. Mr. Tuffs was living in Whitinsville at the time of the incident.

Mr. Tuffs, who was born in Devon, England, was living in Newburyport when he was arrested last year. During a bail petition hearing in June, a Salem Superior Court judge reduced his bail from $250,000 to $10,000 on the condition he stay with his parents in Northboro. As a Level 2 sex offender, Mr. Tuffs was required to register with police in Northboro, but failed to do so until police found out he was living in town.

---

LEOMINSTER — A Longhill Drive man was freed after posting $300 cash bail yesterday after pleading not guilty to a child-rape charge.

Peter Hauge, 54, of 23 Longhill Drive, was arrested Sunday night on charges of rape of a child with force and two counts of indecent assault and battery on a child under 14.

Mr. Hauge posted $300 cash bail and was released from police custody after his arrest. Judge Arthur Haley continued the same terms of bail at the arraignment yesterday in Leominster District Court. Mr. Hauge is alleged to have inappropriately touched the girl under her clothing at least twice, and digitally penetrated her at least once during the second incident

---

# Grafton man charged with rape

GRAFTON — A 21-year-old South Grafton man faces five counts of rape after an alleged attack at his residence early Friday morning.

Patrick Carey of 10-D Railroad Court was arrested Friday afternoon and charged with five counts of rape, assault with intent to rape, aggravated assault and battery, and two counts of indecent assault and battery on a person over 14.

Mr. Carey was held at the Worcester County Jail and House of Correction on $2,500 cash and ordered to have no contact with the alleged victim.

According to court documents, Mr. Carey invited the 21-year-old woman to his apartment early Friday morning, held her against her will and assaulted her by fondling her breasts, digitally penetrating and performing other acts.

The woman reported the assault to police early Friday morning, said Grafton Police Chief Normand A. Crepeau Jr.

---

# Fifth suspect charged in alleged gang rape

BOSTON — A high school student was arraigned yesterday on charges he lured a female classmate into a housing development where she was sexually assaulted by at least five youths, including a 14-year-old.

Eric Barrows, 18, pleaded not guilty to aggravated rape and kidnapping in connection with the Nov. 28 alleged assault in the city's Jamaica Plain section. He was ordered held on $75,000 cash bail.

Prosecutors say Barrows approached the 17-year-old girl, whom he knew from high school, at the Jackson Square MBTA station and persuaded her to leave.

Three other young men, one allegedly with a gun, then joined Barrows and took the girl to the basement of the nearby Bromley-Heath apartment building. Barrows allegedly stood by as a lookout as she was raped by five to seven men and boys.

Four co-defendants — Curtis Silva, 17, of Boston, a 15-year-old from Boston, a 15-year-old from Lynn, and a 14-year-old from Boston — were previously arrested and arraigned. A grand jury is investigating.

**TELEGRAM & GAZETTE**  TUESDAY, MARCH 8, 2005  B3

# Attacker sentenced in Southbridge rape

By Gary V. Murray
TELEGRAM & GAZETTE STAFF

WORCESTER — A Warren man who broke into a Southbridge home last summer and raped a woman who lived there was sentenced to 10 to 12 years in state prison yesterday.

Assistant District Attorney Jeffrey T. Travers told Judge John S. McCann during a plea hearing in Worcester Superior Court that 24-year-old Matthew Smith of West Warren unlawfully entered the Southbridge home of a female acquaintance Aug. 19 and raped the 18-year-old woman after assaulting her with a knife in her bedroom.

Mr. Smith bound the woman with duct tape after raping her and left her in a closet, according to Mr. Travers. The prosecutor said the woman managed to loosen the tape over her mouth and call her mother for help on a voice-activated cell phone.

Mr. Smith pleaded guilty yesterday to aggravated rape, kidnapping, breaking and entering in the daytime with intent to commit a felony and placing a person in fear and assault with a dangerous weapon (knife). As recommended by Mr. Travers and Mr. Smith's lawyer, Michael S. Hussey, Judge McCann sentenced Mr. Smith to 10 to 12 years in state prison with lifetime community parole supervision to begin upon his release.

An additional charge of rape was dismissed at the prosecution's request as part of the plea agreement.

In urging Judge McCann to adopt the joint sentencing recommendation, Mr. Hussey said his client had no prior criminal record. Mr. Hussey said Mr. Smith could offer no explanation for his criminal behavior, which the lawyer said seemed totally out of character.

Mr. Hussey read a letter written by Mr. Smith in which he expressed remorse for his actions.

"I'm very sorry for what I did and the pain I caused," the defendant wrote. "I hate myself for what I did."

Mr. Travers said the victim and her family were in agreement with the proposed sentence.

"He put me through a lot and I would hope that he would stay in jail forever," the victim told Judge McCann in an impact statement.

---

## Former Boston priest charged with child rape

BOSTON — A defrocked Catholic priest and convicted sex offender was indicted yesterday on six counts of raping boys from Boston parishes, authorities said. $5000 - Cash bail

Robert Burns, who was imprisoned for three years in New Hampshire, will be arraigned today in Suffolk Superior Court on six counts of rape of a child under 16, and seven counts of indecent assault and battery on a child under 14.

The alleged abuse took place from the mid-1980s to the early 1990s, Suffolk District Attorney Daniel Conley said. There are five alleged victims, all male and all of whom were under 10 when the abuse began, he said.

The alleged abuse occurred while Burns was a priest assigned to St. Thomas Aquinas Church in Boston's Jamaica Plain section, and St. Mary's in Charlestown. Burns was defrocked in 1999.

Burns was convicted in 1996 of indecent assault of a child and was imprisoned for three years in New Hampshire.

---

# Con eyed in series of Hub rapes

## Police tracked suspect from cell phone calls

By MICHELE McPHEE

A career criminal jailed for beating his girlfriend was charged with sexually attacking two college coeds in Boston during the past two years and is being eyed in other rapes, prosecutors said yesterday.

Errol Foreman, 40, a convicted child rapist who prosecutors said never registered as a sex offender, was arraigned on rape and weapons charges yesterday for snatching a 20-year-old Dorchester woman as she walked down Blue Hill Avenue in 2003 and raping her in the back of his van, Suffolk District Attorney Dan Conley said yesterday.

"We are satisfied we have arrested a dangerous rapist," Conley said, adding that Foreman is also expected to be arraigned this morning in connection with the rape of a 23-year-old college student whom he forced into her apartment in the Fenway last year, Conley said. DNA evidence was recovered from that crime, he said.

At Foreman's arraignment yesterday, Conley asked the court to order him to submit a DNA sample. Foreman, who was already jailed in Norfolk County for assaulting his child's mother and threatening her to keep quiet, was moved to Nashua Street jail in Mission Hill, where he is being held on $100,000 bail.

The attacks Foreman is charged with went unsolved until two sexual assault unit detectives, Kathleen Doris and Kathleen Payne Callendar, closely resembled a sketch made after the attack last year. "This arrest is the result of outstanding police work," O'Toole said, adding that the case proves, "We do not give up."

Additional leg work revealed Besher's real name and his driver's license photo closely resembled a sketch made after the attack last year. "This arrest is the result of outstanding police work," O'Toole said, adding that the case proves, "We do not give up."

The phone was tracked to a Mattapan auto body shop, where the detectives came up with the suspect's street name, "Besher."

# Smith student, friend deny raping woman, 20

THE ASSOCIATED PRESS

NORTHAMPTON — Two women, including a Smith College student, pleaded not guilty to charges they raped and handcuffed another female student and slashed her with knives.

Rachel Ann Klobertanz, 22, and Augusta Claire Kendall, 22, were ordered held on $2,500 cash bail at their arraignment on Tuesday in Northampton District Court. Both were charged with two counts of aggravated rape, three counts of assault and battery, assault and battery with a dangerous weapon, and aggravated assault and battery.



Klobertanz



Kendall

Prosecutor Susan Loehn said the three women met at a downtown Northampton bar. They then went back to Klobertanz and Kendall's apartment, where they drank several bottles of champagne and engaged in sex that began as consensual but ended as rape, Loehn said.

"There are some significant issues with respect to consent," said David Roundtree, who represents Kendall. He described Kendall as having a 3.0 grade-point average at Smith.

Thomas Estes, who represents Klobertanz, said both the women maintain the sex with the 20-year-old woman was consensual.

Loehn said it was not the first time women have been charged with rape in Northampton, but the case was unusual because of the level of violence involved.

---

B4 **TELEGRAM & GAZETTE**    THURSDAY, NOVEMBER 18, 2004

# Quincy man sentenced for assaults

By Gary V. Murray
TELEGRAM & GAZETTE STAFF

WORCESTER — A former Fitchburg State College student was sentenced to jail yesterday after pleading guilty to indecent assault and battery, and two counts of assault and battery.

The charges against Stephen Maze, 24, of Quincy, involved assaults on two female victims who were also Fitchburg State College students, according to Assistant District Attorney William M. McGourty. As part of a plea agreement in the case, the two counts of assault and battery to which Mr. Maze pleaded guilty were reduced from indecent assault and battery; and two counts of rape, one count of assault with intent to rape and an additional count of indecent assault and battery were dismissed.

As recommended by Mr. McGourty and Mr. Maze's lawyer, Christopher P. Ryan, Judge Timothy S. Hillman sentenced Mr. Maze to one year in the House of Correction with three years of probation to follow. As conditions of probation, Mr. Maze was ordered to have no contact with the victims and to undergo a sex-offender evaluation and any related counseling recommended by the Probation Department.

Mr. McGourty said the indecent assault and battery occurred in Mr. Maze's car in October 2000, as he was giving one of the victims a ride back to her dormitory room from an off-campus Halloween party. The assault and battery on the same victim occurred in early December 2000 in the female student's dormitory room and involved touching to which the victim had not consented, the prosecutor said.

The other assault and battery charge to which Mr. Maze pleaded guilty involved a second female victim and "unwanted physical contact" that occurred in May 2002 in Mr. Maze's off-campus apartment, according to Mr. McGourty. The prosecutor told Judge Hillman both victims agreed with the proposed sentence.

Judge Hillman allowed a motion filed by Mr. Ryan asking that Mr. Maze be relieved of his obligation to register as a sex offender as a result of the indecent assault and battery conviction. In allowing the motion, to which Mr. McGourty did not offer an objection, the judge found that Mr. Maze did not pose a risk of re-offending and did not represent a danger to the public.

The judge also agreed to recommend to correction officials that Mr. Maze be allowed to serve his jail sentence in Norfolk County so he will be closer to family members, who live in the Quincy area.

4-12-05

# Man held in sex assault case

LEOMINSTER — A Fitchburg man accused of sexually assaulting and threatening a woman at her apartment was held on $25,000 cash bail yesterday after pleading not guilty to rape and other charges.

Felipe Mercado, 33, of 62 Mechanic St., denied assaulting the woman when questioned by police.

The woman said Mr. Mercado had called her home Friday night and asked to come to her home to smoke marijuana, according to Police Officer Oswaldo Ramos. She said she told him he should not come over.

Mr. Mercado arrived at her door between 6:30 and 7 Saturday morning, she said, and demanded to know where she had been the night before. He grabbed her shirt and fondled her, she said. The two argued and he walked away.

"Felipe then came back with a screwdriver in his hands and pointed it toward my temple area near my eye and began threatening me, he motioned several times to me indicating that he was going to stab me with it," the woman told police.

The argument continued and Mr. Mercado walked out the door after taking the woman's glasses off her face, she said. She said she followed him into the hallway and when she walked back inside he followed her.

Back in the apartment, she said Mr. Mercado digitally penetrated her several times and asked for sex.

"I was very upset and crying loudly so I think that Felipe got nervous or something and he left and this is when I called police," she told Officer Ramos.

Mr. Mercado denied the allegations when questioned by police, according to court reports. He said he had called the woman twice but said he never went to her home.

Mr. Mercado pleaded not guilty to charges of rape, violating an abuse prevention order, indecent assault and battery on a person over 14 and assault with a dangerous weapon.

In setting bail at $25,000 cash, Judge Patrick A. Fox noted Mr. Mercado's criminal record, prior similar offenses, prior failure to appear in court and that Mr. Mercado is awaiting trial on other offenses.

# Man in chase faces drug, firearms charges

WORCESTER — The case of an Auburn man charged with malicious destruction of property and firearm, drug and motor vehicle charges was continued yesterday to March 21 in Worcester District Court.

Judge Dennis Brennan set bail for Darryl L. Thomas, 20, of 2 Alex Circle, Auburn, at $25,000 cash.

He is charged with malicious destruction of property over $250, resisting arrest, possession of a firearm without a firearm identification card, carrying a firearm without a license, possession of cocaine with intent to distribute, drug violation near a school or park, possession of cocaine, possession of marijuana, failure to stop for police, failure to stop at a stop sign, and making a prohibited left turn.

The charges stem from a chase Monday in which police say Mr. Thomas tried to elude them after a traffic violation downtown at Pleasant and Main streets. Police in a marked cruiser pulled behind a black Acura being driven by Mr. Thomas after it allegedly made an illegal turn onto Main Street. The car sped away when the cruiser's blue lights and siren were activated, police said. The pursuit continued on various city streets until the driver lost control and hit a fence after attempting to turn left onto Dix Street.

When the officers approached the car they saw the driver toss a handgun into a snowbank, police said. They later recovered a loaded 9 mm Luger semiautomatic handgun from the snowbank, and found Mr. Thomas to be in possession of 11 rocks of crack cocaine, an undetermined amount of marijuana and $166 in cash, according to police.

# Former Townsend man faces rape charge

TOWNSEND — A 45-year-old former Townsend man is charged with raping and inappropriately touching two girls, the most recent incident allegedly occurring last Christmas, according to records in Ayer District Court.

Raymond E. Mallette of Glass Factory Road in Lynborough, N.H., is charged with one count of rape, one count of indecent assault and battery on a person 14 or over, and two counts of indecent assault and battery on a child under 14, according to court records.

Mr. Mallette recently moved to New Hampshire from Townsend because of a restraining order, according to court records.

Cash bail was set Monday at $3,000 in the case. The defendant is scheduled to return to court March 23 for a probable cause hearing.

According to court records, if Mr. Mallette posts bail he must stay away from the alleged victims and families, cannot possess firearms or dangerous weapons, and must have no contact with any person 16 or younger except for his daughter, and the girl's mother must supervise those visits, according to court records.

Townsend police arrested Mr. Mallette on a warrant Sunday.

The charges involve incidents that allegedly occurred between 1998 and 2004. The two girls are now 9 and 16 years old, said Melissa Sherman, a spokesperson for the Middlesex district attorney's office.

# Exhibit B

# Audit blasts jail security, supervision

## Glodis vows shake-up

> "This audit confirms that this administration inherited the most antiquated, dilapidated and, in many ways, the most dangerous correctional facility in the state."
>
> **SHERIFF GUY W. GLODIS**
> ADDRESSING RESULTS OF AUDIT

**By Shaun Sutner**
TELEGRAM & GAZETTE STAFF

WEST BOYLSTON — Inaccurate inmate head counts, night shifts with few supervisors, sloppy security procedures, a general lack of cleanliness and unsanitary kitchen conditions are just a few of the problems that state prison system officials have found at the Worcester County Jail and House of Correction.

An audit of the jail, performed in February at the request of new Sheriff Guy W. Glodis, also pinpointed dozens of other deficiencies in the management and operation of the sprawling complex, including inadequate health programs, training and riot control plans and poor record keeping, evidence storage and fire safety.

Sheriff Glodis released the 54-page report of the state Department of Correction audit team yesterday, a day after an inmate was found dead of a suicide, the third prisoner to die since the new sheriff took over Jan. 6 from former Sheriff John M. Flynn.

The sheriff pledged to correct the problems, which he blamed on the administration of Mr. Flynn, whom the former state senator defeated in a bitterly contested Democratic primary last September.

Saying eight of the nine

Turn to Glodis/Page A0

## Glodis/From Page One

inmate deaths at the jail in the last six years occurred after 11 p.m. when the most senior officer was a sergeant, Sheriff Glodis said he will impose a management shakeup starting today that will result in higher-ranking lieutenants and captains being assigned to overnight and evening shifts.

The audit team noted that there were 12 captains on the day shift, with none on duty for the 3 to 11 p.m. shift or for the 11 p.m. to 7 a.m. shift.

"This audit confirms that this administration inherited the most antiquated, dilapidated and, in many ways, the most dangerous correctional facility in the state," Sheriff Glodis said. "There's going to be an immediate restructuring of upper management.

"Right now we're top-heavy with command staff on the 7 a.m. to 3 p.m. shift. That's going to change," he continued. "There's going to be a new word around here: accountability."

Mr. Flynn, who is being treated for tonsil cancer, was not available for comment yesterday because of his illness, said his wife, Joan, when reached at their Charlton home.

The 13-member audit team spent Feb. 16-18 at the jail interviewing administrators and managers and observing conditions. A separate financial audit requested by Sheriff Glodis and conducted by state Auditor A. Joseph DeNucci's office is expected to be completed soon.

Methods of counting inmates are "completely inadequate," the report states.

"There is no reconciliation of the number of inmates reported to be counted with the number expected to be found," the auditors write. "The fundamental purpose of conducting a count, i.e., to verify that inmates incarcerated remain present and alive, is not being accomplished."

In addition to recommending that head counts be increased from three or four to six a day, the state officials said inmates should be required to stand for "major" counts so sleeping or hiding inmates can be counted.

Currently, correction officers often observe inmates lying on bunks, sometimes partially or completely covered by sheets, the report states.

"This approach presents an obstacle to staff to verify that the inmate is both present and alive," it says. "Inmates that are lying immobile are being accounted for ... when in fact, it could be a dummy used to facilitate an escape."

Another series of problems identified by the audit has particular relevance in light of the death of a prisoner from a heroin overdose Feb. 27.

After that death, Sheriff Glodis, saying that drugs and contraband were routinely being smuggled in, instituted stricter visiting rules and ordered a four-day lockdown in which prisoners were confined to their cells 23 hours a day while the entire jail was searched.

The auditors' report confirmed that "the facility does not have an effective and efficient search procedure in operation," and cited spotty prisoner searches, inconsistent search practices and inadequate checks of employees.

"Employee searches are not thorough enough to stop contraband from entering the facility," the state officials wrote.

The auditors found a slew of security lapses, including a large hole in the main control center that could allow a prisoner to enter, loose pieces of metal that could be used as weapons strewn around the facility and the practice of allowing inmates to cover drafty cell windows with plastic, which prevents jailers from making sure the windows are secure.

State Correction Commissioner Kathleen M. Dennehy, who signed off on the report, stated in a letter to Sheriff Glodis that besides key areas that need immediate attention, "facility cleanliness was viewed as needing improvement."

The auditors noted scuffed walls, dusty cell bars, dirty refrigerators and food serving trays, and cells with toothpaste on walls, clogged vents, clotheslines and pornographic pictures on display.

They also found serious problems in the special segregation units used to hold prisoners with disciplinary problems and those who need protection from other inmates.

Jailers have been using procedures that can endanger the safety of both correction officers and other inmates, such as removing segregated inmates from their cells overnight when staffing levels are low and allowing shackled, segregated prisoners to come into contact with general population prisoners in visiting areas.

"This is a bad practice and must be avoided," the report states.

*Shaun Sutner can be reached by e-mail at ssutner@telegram.com.*

# Inmate found dead

## 3rd Worcester '05 jail death

By Martin Luttrell
TELEGRAM & GAZETTE STAFF

WEST BOYLSTON — An inmate at the Worcester County jail died of an apparent suicide yesterday after complaining of chest pains, then declining an offer to remain in the jail's infirmary for monitoring, according to Deputy Superintendent Jeffrey Turco.

The 35-year-old Worcester resident was found hanging by a bedsheet in a second-floor bathroom doorway at the jail, about 5 minutes after he was noted missing during a routine head count, Deputy Superintendent Turco said. The inmate was pronounced dead at UMass Memorial Medical Center — University Campus, Worcester.

The death was the third this year at the facility, which houses the Worcester County Jail and House of Correction.

"At 9 a.m. he went to the infirmary complaining of chest pains," Deputy Superintendent Turco said. "A nurse took his vital signs and did not detect any problems. He was asked if he

Turn to Inmate/Back Page

# Worcester jail inmate is found hanged

**Inmate/From Page One**

wanted to be on medical watch, and he said no and left the infirmary. He was not acting in an unusual or threatening manner."

Sheriff's Department officers were trying to determine where the inmate went after that. The inmate, housed in the L building in the modular complex of the jail, had so-called "open yard" from 9 to 11 a.m. to walk about the yard, go to the infirmary or to religious services, held in the modular programs building, across the yard from the infirmary, the deputy superintendent said.

At 11:05 the inmate was reported missing, and that part of the facility was placed in lockdown while perimeter security and West Boylston police checked the area around the perimeter fence for someone trying to escape, Deputy Superintendent Turco said. Meanwhile, other officers went about checking every room in every building, he said.

"At 11:10 the inmate was found in a second-floor bathroom doorway, hanging from a door jamb. It appeared to be with a sheet or some similar type of cloth material," the deputy said, adding that the sheet was tied to the arm of a device that automatically pulls the door closed.

"By statute, in Massachusetts, any time a death occurs inside the walls of a prison or county facility, the Massachusetts State Police assigned to the district attorney's office will do an investigation," he said. "It appears to be a tragic case of someone with issues that led to a suicide. The whole modular is in lockdown and will continue to be so until tomorrow morning."

The state medical examiner's office transported the body to Boston yesterday for an autopsy, he said.

Deputy Superintendent Turco said the inmate had been incarcerated at the House of Correction last fall, after being sentenced on convictions of larceny of more than $250 and possession of marijuana. He was subsequently released and was on probation, but was picked up Friday evening on a probation violation by a task force comprised of the sheriff's department, the U.S. marshal's office and state police.

He was being held as a pretrial inmate pending a probation surrender hearing, Deputy Superintendent Turco said. Since arriving at the jail on Friday, the inmate made no calls and had no complaints documented, he said.

■ On Feb. 23 inmate Daniel McMullen, 42, formerly of Douglas, was beaten by another inmate and died 20 days later after slipping into a coma. The inmate who allegedly inflicted the fatal beating, Dennis Hadley, 49, formerly of Rhode Island, has since been transferred to Bridgewater State Hospital for psychiatric review.

■ On Feb. 27 John Yovino, 38, formerly of Fitchburg, died at the jail of a drug overdose. He had been incarcerated for two months on an assault charge and parole violations.

*Martin Luttrell can be reached via e-mail at mluttrell@telegram.com.*

# Inmate was not on suicide watch

## Police had seen previous attempt

By Martin Luttrell
TELEGRAM & GAZETTE STAFF

WEST BOYLSTON — An inmate who committed suicide at the Worcester County Jail and House of Correction on Sunday had attempted to hang himself while in police custody years ago, but he was not on suicide watch at the time of his death, according to a jail official.

Ronald G. Binette, 33, formerly of 9 Lund St., Worcester, apparently hanged himself from a doorway in a second-floor bathroom in one of the modular buildings at the jail. The body was discovered Sunday morning, shortly after Mr. Binette was reported missing during a routine head count of prisoners.

Deputy Superintendent Jeffrey Turco said the victim had not exhibited any behavior nor made any statements suggesting he was a suicide risk.

A correction officers union official and a state senator said the suicide underscores how crowded and understaffed the jail is. The suicide was the third inmate death at the jail in two months.

Mr. Binette served time at the

Turn to Staffing/Page A9

# Jail staffing an issue

Staffing/From Page One

House of Correction from November to March 5, when he was released on probation, Deputy Superintendent Turco said. On March 11 a warrant was issued for his arrest for an alleged probation violation, and he was arrested Friday in Worcester. A probation hearing had been scheduled for May 4, he said.

Worcester Central District Court records indicate that Mr. Binette was listed as a suicide risk when he was arrested in October on a charge of disturbing the peace.

An internal Worcester Police Department document stated that Mr. Binette attempted to hang himself while being booked in January 1991, when he was 19 years old.

The deputy superintendent said that during the intake process, Mr. Binette didn't say or do anything to suggest that he was at risk to take his own life.

At 9 a.m. Sunday, at the beginning of a two-hour "yard time" given to inmates in the medium-security portion of the facility, Mr. Binette went to the infirmary, complaining of chest pains.

He was examined by a nurse, who found no health problems, and he was asked if he wanted to remain there for monitoring, the deputy superintendent said.

Mr. Binette declined and left the infirmary. Sheriff's Department personnel are trying to determine where he went next. A staff member found Mr. Binette at 11:10 a.m., about five minutes after he was reported missing, hanged with a sheet.

"We have more than 1,300 inmates, and hundreds of them have been positive 'Q5s' in the past," Deputy Superintendent Turco said, using the terminology police and public safety personnel use in referring to those deemed at risk of suicide. "Their past isn't necessarily reflective of the future. It's impossible to put all of them on suicide watch."

He said that all sheriff staff are given training in suicide prevention to recognize warning signs. Advocates Inc. also provides mental health services at the facility through a $450,000 contract, he said.

"It's absolutely a tragic case," he said. "There were some mental health issues there. ... There were 70 inmates in the yard, and probably three or four officers watching them to make sure there's no disturbance or

State Sen. Stephen M. Brewer, D-Barre, vice chairman of the Senate Public Safety Committee, said it is very difficult to prevent an inmate from committing suicide when the jail is overcrowded and understaffed.

"You're dealing with a disturbed population. They're coming in with a lifetime of problem behavior," Mr. Brewer said. "In many of these buildings you need to be able to see the inmates to a great degree.

"The jail is overcrowded by 500 and understaffed. The sheriff has an incredible challenge. He's coming in with good ideas ... but he needs in excess of $3.5 million.

"These people have a lot of issues. There's no such thing as a failsafe environment. If he had the staff, it would be better. Any time you lose someone on your watch, it's extremely troubling, but these things can happen. One is too many, but we need to give this Sheriff's Department more of a level playing field."

Steve Kenneway, president of the 4,600-member Massachusetts Correction Officers Federated Union, said it is extremely difficult to prevent someone from sneaking into a building to commit suicide when there are not enough officers to watch all the inmates.

"It comes down to manpower issues," he said. "Until the commonwealth takes our position seriously, and the sheriff's, it's going to be a problem.

"This is one of the most overcrowded county prisons in the state. This is a situation where he's trying to use space wherever it's available," he said of Sheriff Guy W. Glodis. "You can't put one officer on one inmate all the time. Any time an inmate goes to the shower there's a danger of him killing himself."

On Feb. 23 inmate Daniel McMullen, 42, formerly of Douglas, died. He had been beaten by another inmate and died 20 days later after slipping into a coma.

The inmate accused of the fatal beating, Dennis Hadley, 49, formerly of Rhode Island, has been transferred to Bridgewater State Hospital for psychiatric tests.

On Feb. 27 John Yovino, 38, formerly of Fitchburg, died at the jail of a drug overdose. He had been incarcerated for two months on an assault charge and parole violations.

*Martin Luttrell can be reached via e-mail at mluttrell@telegram.com.*