UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY M. LEO
    Plaintiff

V.

COMMONWEALTH OF MASSACHUSETTS
    Defendant

CIVIL ACTION

NO. 04-CV-11006 JLT

## JUDGMENT

TAURO, D. J.

In accordance with the Court's Endorsement dated June 13, 2005 adopting the Magistrate Judge's Report and Recommendation of April 29, 2005 GRANTING 39 Request to Deny Writ, and, DENYING 30 Motion to Stay, 32 Motion for Bail, 43 Motion to Revisit Bail, and 47 Motion for an Evidentiary Hearing in the above-entitled action. It is hereby ORDERED:

    Judgment for the RESPONDENT.

By the Court,

June 14, 2005
Date

/s/ Kimberly M. Abaid
Deputy Clerk

(R&R Judgment.wpd - 12/98)