6-20-05

Anthony Leo #0063671
5 Paul X. Tivnan Dr.
W. Boylston, Ma. 01583

Ms. Barbara Morse
Pro Se Staff Attorney
U.S. Dist. Court, D-Mass
1 Courthouse Way
Boston, Ma. 02210

To Pro Se Staff Attorney,

    I'm writing this letter in the hopes that you may be able to answer a question, or send me some info to assist me in a court action.

    I'm a pro se litigant in a pending habeas corpus action brought pursuant to 28 U.S.C § 2241, Civil Action NO. 04-11006-JLT.

    My questions regard the process of appealing the Dist Judges decision if my petition is dismissed. Do I need to request a Certificate of Appealability? What is needed in this request? Do you have a form for this, or a handbook? Local Rule 22, 22(a) does not help to answer these questions much. Any assistance you, or anyone can give me on this

subject would be deeply appreciated.

Additionally, I recieved an electronic order on 6-17-05. This order notice does not explain what exactly Tauro, J. did. Are the 2 claims in my amended petition still pending, or was the whole matter dismissed? Could you please explain the status of my case.

Thank you very much for any time you spend on this request.

6-20-05

Sincerely Yours,

Anthony Leo
Pro Se,
Anthony Leo #0063671
5 Paul X. Tivnan Dr.
W. Boylston, Ma. 01583