

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

July 7, 2005

Mr. Anthony Leo
#0063611
Worcester County House of Correction
5 Paul X. Tivnan Drive
W. Boylston, MA 01583

Dear Mr. Leo:

On June 24, 2005, the Clerk's Office received your letter addressed to me and dated June 20, 2005, seeking legal assistance and advice. Because I was out of the office until yesterday, I was unable to respond until today. In your letter, you explain, among other things, that you wish to appeal Judge Tauro's decision in favor of Respondent.

Please note that employees of the Court are prohibited from providing legal advice on how to proceed with lawsuits. Although the Clerk's Office can send you procedural information, we cannot answer questions that require an interpretation of the law.

As a courtesy, I have enclosed a copy of Rule 4 of the Federal Rules of Appellate Procedure as well as a copy of the docket.

You may wish to contact Massachusetts Correctional Legal Services, 8 Winter Street, 11th Floor, Boston, MA 02108. They can be reached at (617) 482-2773.

I hope that this letter addresses your concerns.

Sincerely,

s/Barbara Morse
Barbara Morse
Pro Se Office