UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY LEO, )
)
    Petitioner )
)
v. )
) Civil Action No. 04-11006-JLT
COMMONWEALTH OF )
MASSACHUSETTS, )
)
    Respondent )
)
)

## NOTICE OF APPEAL TO THE COURT OF APPEALS FROM A JUDGEMENT OR ORDER OF A DISTRICT COURT

Notice is hereby given that Anthony Leo, the Petitioner in the above named case, hereby appeals to the COURT OF APPEALS for the 1st Circuit from the final judgment of an order denying relief entered in this action on the 14th day of June, 2005.[1]

Respectfully Submitted,

*Anthony Leo*
Anthony M. Leo
5 Paul X Tivnan Drive
West Boylston, Ma 01583

[1]/ Document Number 57