UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY LEO, | * | |
| | * | |
| Petitioner, | * | |
| | * | Civil Action No. 04-11006-JLT |
| v. | * | |
| | * | |
| COMMONWEALTH OF | * | |
| MASSACHUSETTS, | * | |
| | * | |
| Respondent. | * | |

ORDER
===

July 28, 2005

TAURO, J.

    For the reasons stated in the April 29, 2005 Report and Recommendation [#54], Petitioner has failed to make a substantial showing of a denial of a constitutional right.  See 28 U.S.C. § 2253.  Accordingly, Petitioner's Petition for Certificate of Appealability [#61] is DENIED.

    IT IS SO ORDERED.

                                                          /s/ Joseph L. Tauro
                                                          United States District Judge