# *Office of the Sheriff* - Worcester County

AKA __P149443__

Reg. No. _____ DOB _10_/_17_/_70_

## Canteen Account

SS No. _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_

Name _LEO, ANTHONY_

| ARR | DATE | PAID IN | PAID OUT | BAL. |
|---|---|---|---|---|
| | | | | ‑ ‑ ‑ |
| 7-3  398009 | 12-3-04 | 20.00 | | 20.00 |
| C | 12·9·04 | | 20 00 | 0 |
| 841  398890 | 12·13·04 | 40 00 | | 40.00 |
| C | 12·16·04 | | 26 42 | 33.58 |
| C | 12·22·04 | | 30 54 | 3.04 |
| C | 12·29·04 | | 3 04 | 0 |
| 3-3  400566 | 12/31/04 | 100 00 | | 100.00 |
| C | 1/6/05 | | 29 64 | 70.36 |
| C | 1·13·05 | | 28 34 | 42.02 |
| C | 1·20·05 | | 26 11 | 15.91 |
| C | 1·27·05 | | 15 64 | .27 |
| 7·3  403018 | 1·31·05 | 50 00 | | 50.27 |
| C | 2/4/05 | | 28 44 | 21.83 |
| 0 | 2/10/05 | | 21 49 | 34 |
| 3-11  405096 | 2-23-05 | 20 10 | | 20.34 |
| C | 2·24·05 | | 20 30 | .04 |
| 7-3  15000852 | 3·7·05 | 100 00 | | 100.04 |
| 7-3  15000849 | 3·7·05 | 60 00 | | 160.04 |
| C | 3·10·05 | | 29 47 | 130.57 |
| C | 3·16·05 | | 30 15 | 100.42 |
| C | 3·24·05 | | 29 97 | 70.45 |
| C | 3·31·05 | | 17 54 | 52.91 |
| C | 4·7·05 | | 20 96 | 31.95 |
| C | 4·14·05 | | 24 04 | 7.91 |
| C | 4·21·05 | | 7 87 | .04 |
| 7-3  15013923 | 4·25·05 | 70 00 | | 70.04 |
| C | 4·28·05 | | 22 00 | 48.04 |
| C | 5·5·05 | | 25 29 | 22.75 |
| 7·3  15017710 | 5·9·05 | 100 00 | | 122.75 |
| C | 5·12·05 | | 26 07 | 96.68 |
| | | | | |
| | | | | |
| | | | | |

# COMMONWEALTH OF MASSACHUSETTS
## County Sheriff's Office

Date :   08/29/2005 10:23               **Inmate Transaction Report**

Person ID  : MSA0063671                        Worcester Cty Sheriff's Office

Booking ID     P149443
                                            Statement From 01/01/2002
Name       :   LEO, ANTHONY
                                                      To 08/30/2005
Facility :     Worcester Cty
               Sheriff's Office
Unit       :   A-1
Cell/Bed :     09 /L

| Transaction | Type | Receipt | Check | Facility Note | Personal Income | Personal Expense | Work Release Income | Work Release Expense |
|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/04/200 5 00:00 | Sb - Starting Balance | 3064515 | | SDW ~CONVERSION-GO LIVE | $0.04 | $0.00 | $0.00 | $0.00 |
| 03/07/200 5 00:00 | Ml - Mail | 15000849 | | SDW | $60.00 | $0.00 | $0.00 | $0.00 |
| 03/07/200 5 00:00 | Ml - Mail | 15000852 | | SDW | $100.00 | $0.00 | $0.00 | $0.00 |
| 03/10/200 5 00:00 | Cn - Canteen | 15002225 | | SDW ~1011~CANTEEN MANAGER INTERFACE | $0.00 | $29.47 | $0.00 | $0.00 |
| 03/16/200 5 00:00 | Cn - Canteen | 15004020 | | SDW ~1869~CANTEEN MANAGER INTERFACE | $0.00 | $30.15 | $0.00 | $0.00 |
| 03/24/200 5 00:00 | Cn - Canteen | 15005921 | | SDW ~2758~CANTEEN MANAGER INTERFACE | $0.00 | $29.97 | $0.00 | $0.00 |
| 03/31/200 5 00:00 | Cn - Canteen | 15007623 | | SDW ~3681~CANTEEN MANAGER INTERFACE | $0.00 | $17.54 | $0.00 | $0.00 |
| 04/07/200 5 00:00 | Cn - Canteen | 15009689 | | SDW ~4568~CANTEEN MANAGER INTERFACE | $0.00 | $20.96 | $0.00 | $0.00 |
| 04/14/200 5 00:00 | Cn - Canteen | 15011650 | | SDW ~5412~CANTEEN MANAGER INTERFACE | $0.00 | $24.04 | $0.00 | $0.00 |
| 04/21/200 5 00:00 | Cn - Canteen | 15013240 | | SDW ~6257~CANTEEN MANAGER INTERFACE | $0.00 | $7.87 | $0.00 | $0.00 |
| 04/25/200 5 00:00 | Ml - Mail | 1501392 M.O. | POSTAL | SDW | $70.00 | $0.00 | $0.00 | $0.00 |
| 04/28/200 5 00:00 | Cn - Canteen | 15015063 | | SDW ~7148~CANTEEN MANAGER INTERFACE | $0.00 | $22.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## County Sheriff's Office

Date :    08/29/2005 10:23     **Inmate Transaction Report**

Person ID  : MSA0063671     Worcester Cty Sheriff's Office

Booking ID    P149443

Name    :    LEO, ANTHONY

Statement From 01/01/2002

To 08/30/2005

Facility :    Worcester Cty
Sheriff's Office

Unit    :    A-1

Cell/Bed :    09 /L

| Transaction | Type | Receipt | Check | Facility | Note | Personal Income | Personal Expense | Work Release Income | Work Release Expense |
|---|---|---|---|---|---|---|---|---|---|
| 05/05/2005 00:00 | Cn - Canteen | 15016996 | | SDW | ~8029~CANTEEN MANAGER INTERFACE | $0.00 | $25.29 | $0.00 | $0.00 |
| 05/09/2005 00:00 | Ml - Mail | 15017710 | | SDW | | $100.00 | $0.00 | $0.00 | $0.00 |
| 05/12/2005 00:00 | Cn - Canteen | 15019021 | | SDW | ~8813~CANTEEN MANAGER INTERFACE | $0.00 | $26.07 | $0.00 | $0.00 |
| 05/23/2005 00:00 | Cn - Canteen | 15021596 | | SDW | ~9794~CANTEEN MANAGER INTERFACE | $0.00 | $33.97 | $0.00 | $0.00 |
| 05/31/2005 00:00 | Cn - Canteen | 15023488 | | SDW | ~10695~CANTEEN MANAGER INTERFACE | $0.00 | $30.85 | $0.00 | $0.00 |
| 06/06/2005 00:00 | Cn - Canteen | 15025068 | | SDW | ~11435~CANTEEN MANAGER INTERFACE | $0.00 | $19.65 | $0.00 | $0.00 |
| 06/13/2005 00:00 | Cn - Canteen | 15027058 | | SDW | ~12265~CANTEEN MANAGER INTERFACE | $0.00 | $12.10 | $0.00 | $0.00 |
| 06/27/2005 00:00 | Ml - Mail | 15030456 | | SDW | | $30.00 | $0.00 | $0.00 | $0.00 |
| 06/27/2005 00:00 | Cn - Canteen | 15030659 | | SDW | ~13781~CANTEEN MANAGER INTERFACE | $0.00 | $28.71 | $0.00 | $0.00 |
| 06/28/2005 00:00 | Cn - Canteen | 15031090 | | SDW | ~13878~CANTEEN MANAGER INTERFACE | $0.00 | -$0.45 | $0.00 | $0.00 |
| 07/09/2005 00:00 | Ml - Mail | 15034015 | | SDW | | $100.00 | $0.00 | $0.00 | $0.00 |
| 07/11/2005 00:00 | Cn - Canteen | 15034547 | | SDW | ~15388~CANTEEN MANAGER INTERFACE | $0.00 | $34.93 | $0.00 | $0.00 |
| 07/18/2005 00:00 | Cn - Canteen | 15036593 | | SDW | ~16107~CANTEEN MANAGER INTERFACE | $0.00 | $17.24 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## County Sheriff's Office

**Date :**   08/29/2005 10:23                    **Inmate Transaction Report**

| Person ID | : MSA0063671 | Worcester Cty Sheriff's Office |
|---|---|---|
| Booking ID | P149443 | Statement From 01/01/2002 |
| Name | : LEO, ANTHONY | To 08/30/2005 |
| Facility : | Worcester Cty Sheriff's Office | |
| Unit : | A-1 | |
| Cell/Bed : | 09 /L | |

| Transaction | Type | Receipt | Check | Facility | Note | Personal Income | Personal Expense | Work Release Income | Work Release Expense |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/200 5 00:00 | Cn - Canteen | 15038375 | | SDW | ~16826~CANTEEN MANAGER INTERFACE | $0.00 | $18.63 | $0.00 | $0.00 |
| 08/01/200 5 00:00 | Cn - Canteen | 15040286 | | SDW | ~17533~CANTEEN MANAGER INTERFACE | $0.00 | $24.33 | $0.00 | $0.00 |
| 08/08/200 5 00:00 | Cn - Canteen | 15042533 | | SDW | ~18244~CANTEEN MANAGER INTERFACE | $0.00 | $6.61 | $0.00 | $0.00 |
| 08/20/200 5 00:00 | Ml - Mail | 15045870 | | SDW | | $100.00 | $0.00 | $0.00 | $0.00 |
| 08/20/200 5 00:00 | Ml - Mail | 15045875 | | SDW | | $35.00 | $0.00 | $0.00 | $0.00 |
| 08/22/200 5 00:00 | Cn - Canteen | 15046200 | | SDW | ~19834~CANTEEN MANAGER INTERFACE | $0.00 | $33.59 | $0.00 | $0.00 |
| | | | | | | $595.04 | $493.52 | $0.00 | $0.00 |

Balance as of ending date :     Personal     Work Release

Current Balances :

| Personal | Work Rel. | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $101.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

User ID   NWILSON          Date: 08/29/2005   Time:  10:23          Page: 3 of 3