Anthony Leo #A83901
1 Administration RD
Bridgewater, Ma. 02324

Clerk of Courts
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, Ma. 02210

RE: Leo v. Com. of Mass. 04-11006-JLT

Dear Sir or Madam,

I'm writing this letter to inquire as to the status of the motion to proceed in forma pauperis that I filed with this court on, or around, Sept. 1st, 2005.

Could you please let me know if this motion was approved, or denied?

Please also note my new address listed above. This has been my address since 10-4-05.

Thankyou very much

Sincerely,

Anthony Leo
# A83901

10-18-05