Anthony M. Leo #A83901
1 Administration RD
Bridgewater, Ma. 02324

Clerk of Courts
U.S. District Court - D-Mass
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Ma. 02210

<u>RE: Leo v. Com. of Mass.
C.A.# 04-11006-JLT</u>

Dear Sir or Madam,

    This is the second letter I've sent to you, to inquire into the status of my motion to proceed in forma pauperis that was sent to you for filing on 8-30-05. I have not received any response from you.

    Has this motion been decided yet? Its been 2½ months. Is there a reason a simple motion as this one has gone undecided for so long? My appeal in the Court of Appeals is awaiting this decision so that it may proceed. Could you please have this motion decided, or explain to me why it will not be heard? Thank you very much.

Sincerely,
Anthony M. Leo

Dated: Nov. 16, 2005