Anthony M. Leo A83901
1 Administration Rd
Bridgewater, Ma. 02324

DATED : DEC. 03,2005

Kimberly Abaid, Clerk
Joseph L. Tauro
John Joseph Moakley US Courthouse
Suite 7110
1 Courthouse Way
Boston , MA. 02210

RE: LEO v. COM. of MASSACHUSETTS
NO.# :)04-11006-JLT; APP #: 05-2099

Dear Ms. Abaid,

    This is my 3rd letter to this court inquiring as to the status of the motion to proceed in forma pauperis filed with this court on Sept. 05,2005.
    I believe that this motion would be placed before Judge Tauro, since he was the Judge who decided my habeas corpus petition. Am I correct in this assumption? Could you please tell me why it is taking so long to decide this simple motion? My last case summary from the Court Of Appeals(docket#: 05-2099 ) on Oct. 28,2005, stated this motion still had NOT been decided.
    Could you please have this matter placed before Judge Tauro for a decision so that my appeal may proceed in the Appeals court?
    Could you please write back to me to let me know what is happening in this matter. Is there something missing from this motion?
    Thankyou very much for any assistance you can give me concerning these requests. I look forward to hearing from you soon.

Sincerely,

*Anthony M. Leo*
Anthony M. Leo, pro se.