UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY LEO,                          )
                                      )
            Petitioner,               )
                                      )
       v.                             )        C.A. No. 04-11006-JLT
                                      )
COMMONWEALTH,                         )
                                      )
            Respondent.               )

MEMORANDUM AND ORDER

For the reasons set forth below, the Court grants
petitioner's Motion for Leave to Appeal In Forma Pauperis (Docket
No. 65).

BACKGROUND

On July 12, 2005, petitioner filed his Notice of Appeal of
the denial of his habeas petition, see Docket No. 60, and the
United States Court of Appeals for the First Circuit assigned it
No. 05-2099.  See Docket No. 64.  Petitioner filed a motion for
certificate of appealability, see Docket No. 61, and a motion for
leave to appeal in forma pauperis.  See Docket No. 65.  By Order
dated July 28, 2005, petitioner's motion for certificate of
appealability was denied.  See Docket No. 63.  Now before the
Court is petitioner's Motion for Leave to Appeal In Forma
Pauperis (Docket No. 65).  In support of the motion, petitioner
submitted an affidavit accompanied by a copy of his prison
account statement.  See Docket No. 66.

DISCUSSOIN

Generally, "any court of the United States may authorize the commencement, prosecution or defense of any ... appeal ... without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a)(1).  A party that desires to proceed in forma pauperis on an appeal from the dismissal of a habeas corpus petition must typically file a motion with the district court and attach an affidavit explaining why the court should allow him to do so.  See Fed. R. App. P. 24(a)(1).

Petitioner initially filed an Application to Proceed Without Prepayment of Fees.  See Docket No. 1.  However, the docket indicates that the $5.00 filing fee was paid at the time this action was filed, see Docket No. 4, and the fee-waiver application was subsequently terminated from the docket.  See Docket (Jan. 25, 2005 docket entry).[1]

The instant motion reveals that petitioner has been incarcerated for over forty-one (41) months.  The affidavit accompanying his motion reveals that his only source of income is gifts of money from family that is spent on "soap, toothpaste,

---

[1]Because petitioner's initial application to proceed without prepayment of fees was never granted, the Court will review the instant motion pursuant to Fed. R. App. P. 24(a)(1).

paper, stamps, etc..."  See Docket No. 66-1 (affidavit).

Petitioner's inmate transaction report reveals a balance of

$101.52.  On this record, I find that petitioner is unable to pay

the cost of proceeding with his appeal and is entitled to proceed

in forma pauperis.

ORDER

Accordingly, it is hereby

ORDERED, that petitioner's Motion for Leave to Appeal In

Forma Pauperis (Docket No. 65) is granted; and it is further

ORDERED, that the Clerk transmit this Order as well as

Docket Nos. 62-69 as a supplemental record to the First Circuit

Court of Appeals.

SO ORDERED.


 February 2, 2006                    /s/ Joseph L. Tauro
DATE                                 JOSEPH L. TAURO
                                     UNITED STATES DISTRICT JUDGE